Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

FILED

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida
_____ Division

2018 OCT 19 PM 2:05

[clerk stamp: U.S. DISTRICT COURT / MIDDLE DISTRICT OF FLORIDA / JACKSONVILLE]

James D. Lunt #114474
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Julie Jones, Secretary F.D.O.C. et al.,
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)
SEE ATTACHED:

Case No. 3:18-cv-1238-J-32PDB
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

14 (Rev.    Complaint for Violation of Civil Rights (Prisoner)

## The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: James D. Lunt
All other names by which you have been known:
ID Number: #114474
Current Institution: WAKULLA CORR. FACILITY MAIN UNIT
Address: 110 Melaleuca Drive
Crawfordville, Fla. 32327

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
Name: Julie Jones
Job or Title (if known): Secretary Fla. Dept. of Corr's.
Shield Number: N/A
Employer: Fla. Dept. of Corrections
Address: The Capitol, Tallahssee, Fla.
[x] Individual capacity  [x] Official capacity

**Defendant No. 2**
Name: Amy Kirckland
Job or Title (if known): Nurse ARNP
Shield Number: N/A
Employer: CENTURION
Address: 110 Melaleuca Drive
Crawfordville, Fla. 32327
[x] Individual capacity  [x] Official capacity

B. THE DEFENDANTS CONT.

Defendants No.
- Name: — CRAIG
- Job Title: OFFICER C.O.I Fla. Dept. of Corr's.
- Shield Number: N/A
- Employeer: Florida Dept. Of Corr's. — WAKULLA C.I.
- Address: 110 Melaleuca Drive
  - City: Crawfordville
  - State: Fla.
  - Zip Code: 32327

☑ Individual Capacity  ☑ Official Capacity

Defendants No.
- Name: Amy Kirkland
- Job Title: NURSE ARNP
- Shield Number: N/A
- Employeer: CENTURION
- Address: 110 Melaleuca Drive
  - City: Crawfordville
  - State: Fla.
  - Zip Code: 32327

☑ Individual Capacity  ☑ Official Capacity

Defendants No.
- Name: J. Coker
- Job Title: WARDEN
- Shield Number: N/A
- Employeer: Fla. Dept. of Corr's. WAKULLA
- Address: 110 Melaleuca Drive
  - City: Crawfordville
  - State: Fla.
  - Zip Code: 32327

☑ Individual Capacity  ☑ Official Capacity

B. THE DEFENDANTS CONT.

Defendants No.
- Name: A. Acosta
- Job or Title: CHIEF HEALTH OFFICER
- Shield Number: N/A
- Employer: CENTURION
- Address: 110 Milalenca Drive, Crawfordville, Fla, 32327

[✗] Individual capacity  [✓] Official capacity

Defendant No.
- Name: A. Figueroa
- Job or Title: Doctor
- Shield Number: NA
- Employer: CENTURION
- Address: Suwannee Correctional Inst. 5964 U.S. Hwy 90, Live Oak, Fla., 32060

[✗] Individual Capacity  [✓] Official Capacity

Defendants No.
- Name: Centurion of Florida LLC
- Job or Title: Medical Insurer
- Shield Number: 
- Employer: 770 Forsyth Blvd. #800
- Address: Saint Louis Mo. 63105

[✗] Individual Capacity  [✗] Official Capacity

Defendant No.
- Name: Dept. of Insurance and Risk Managment
- Job or Title: 200 E. Gains St.
- Shield Number: Tallahassee Fl. 32399-0336
- Employer:
- Address:

[✗] Individual capacity  [✗] Official Capacity

14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name: J. Coker
  Job or Title (if known): WARDEN WAKULLA Corr. Facility
  Shield Number: N/A
  Employer: Fla. Dept. of Corr's.
  Address: 110 Melaleuca Drive
  City: Crawfordville   State: Fla   Zip Code: 32327
  [✓] Individual capacity   [✓] Official capacity

Defendant No. 4
  Name: — CRAIG
  Job or Title (if known): Officer C.O.I.
  Shield Number: N/A
  Employer: Fla. Dept. of Corr's. Wakulla C.I.
  Address: 110 Melaleuca Drive
  City: Crawfordville   State: Fla.   Zip Code: 32327
  [✓] Individual capacity   [✓] Official capacity

II.  **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

42 U.S.C. § 1983 Federal Constitutional/Statutory Rights Violations:

Prison Conditions: Overcrowding, Eighth Amendment
Medical Case: Eighth Amendment
Assault/Failure to Protect: Eighth Amendment
Discrimination on the basis of disability: Equal Protection Clause of the Fourteenth Amendment
Denial of Access to Law Libraries: First, Sixth & Fourteenth Amendments

ion of any rights, privileges, or immunities secured by 1983. If you are suing under section 1983, what claim is/are being violated by state or local officials? oN STATUTORY RIGHTS VIOLATIONS:
HED

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV. Statement of Claim

Prison Overcrowding
Access To Law Library 17-6-34662
Post Relief Factor 17-6-32146
Food Service 17-6-29614; 17-6-26822;
Trash Not Picked up 17-6-07459
Short of Staff 17-6-07458
Segregation of Communicable disease 17-6-17258
Procedure When Infection is suspected 17-6-13593
Grievances Not responded to Timely 17-6-30422
Denial of Medical Treatment

w each defendant was personally involved in the all relevant events. You may wish to include the events giving rise to your claims. Do not cite per each claim and write a short and plain onal pages if needed.

n institution, describe where and when they arose.

itution, describe where and when they arose.

Page 4 of 11

14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

November 11, 2013 to date

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* The Fla. Dept. of Corr. is/has been failing to provide plaintiff medical care known to be need, failing to provide pain medications, failing to protect prisoners from prisoner on prisoner violence, security is far to short of staff & unable to fully man all post positions, over-crowding of inmates, being threatened by staff (officer Craig)

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. loss of intestines/colon from not being provided the proper diet due to food intolerances caused by Crohn's disease, lack of receiving ortho-boots, duble mattress, medical passes;

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Put an injunction against officer Craig so that he is not allowed within 500ft. of plaintiff, removed from being assigned to the Center gate, made to take communication skills classes, order pain meds to be prescribed, and that all medical passes plaintiff's numerous sick call requests be re-issued, written and prescribed to plaintiff, mandate that the inmate population be reduced to the level that equals the amount of staff the Dept. of Corr's. has on hand right now, provide plaintiff with a medical diet that meets his specific medical needs due to his having food intolerances caused by Crohn's disease. Ensure plaintiff is not transferred from Wakulla because he is here for programs only Wakulla, and Everglades C.I. offer for lifers.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

Exhaustion of Administrative Remedies:
Access To Law Libraries # 17-6-34662
Post Relief Factor # 17-6-32146
Food Service # 17-6-29614 / 17-6-26822
Trash Not Picked Up # 17-6-07459
Segregation of Communicable diseases # 17-6-17258
Procedure When Infection Is Suspected # 17-6-13593
Grievances Not Responded To In Timely Manner # 17-6-30422

1997e(a), requires that "[n]o action shall be brought s title, or any other Federal law, by a prisoner confined administrative remedies as are available are

cedures. Your case may be dismissed if you have not

in a jail, prison, or other correctional facility?

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Suwannee Corr. Facility
Mayo Corr. Facility
Wakulla Corr. Facility

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)? Access To Law Libraries, Post Relief Factor, Food Service, Failure to protect, Provide medical treatment,

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance? Suwannee Corr. Inst. Mayo Correctional Inst. Wakulla Corr. Facility

2. What did you claim in your grievance? failure to provide medical care treatment, failure to protect, short of staff, failure to adhere to the dietary menu, failure to provide the prisoners with proper amount of Law Library time.

3. What was the result, if any? denied, some not answered at all

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Yes. I completed the grievance procedure

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. The Administration destroyes grievances as a ploy to hinder plaintiff/prisoners from exhausting said remedy. and not having the infraction on record

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _N/A_

   Defendant(s) _N/A_

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _N/A_

3. Docket or index number

   _N/A_

4. Name of Judge assigned to your case

   _N/A_

5. Approximate date of filing lawsuit

   _N/A_

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _N/A_

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _N/A_

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Disability Rights Fla. LLC.
   Defendant(s) Julie Jones Secretary F.D.O.C. et. al

2. Court *(if federal court, name the district; if state court, name the county and State)*

   NA

3. Docket or index number
   NA

4. Name of Judge assigned to your case
   NA

5. Approximate date of filing lawsuit
   2014-15

6. Is the case still pending?
   ☑ Yes
   ☐ No

   If no, give the approximate date of disposition   NA

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Settled out "Agreement to correct all A.D.A. Violation State wide — still pending Case No. 4:16-cv-47-RH-CAS

Page 10 of 11

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff: James Lunt
Printed Name of Plaintiff: James Lunt
Prison Identification #: # 114474
Prison Address: Wakulla Corr. Facility 110 Melaleuca Dr.
Crawfordville, Fla. 32327
(City) (State) (Zip Code)

### B. For Attorneys

Date of signing: N/A

Signature of Attorney: N/A
Printed Name of Attorney: N/A
Bar Number: N/A
Name of Law Firm: N/A
Address: N/A
(City) (State) (Zip Code)
Telephone Number: N/A
E-mail Address: N/A