# INMATE REQUEST

## STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

Ms. Hewlette

Mail Number: _____
Team Number: _____
Institution: MAYO

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☑ Medical ☐ Mental Health | ☐ Dental ☐ Other _____ |
|---|---|---|---|---|

| FROM: | Inmate Name Lunt James | DC Number 114474 | Quarters I2142S | Job Assignment H/M | Date 3/28/18 |
|---|---|---|---|---|---|

**REQUEST**                                    Check here if this is an informal grievance ☑

ON 2/6/18 the doctor wrote me a pass for a wheelchair and a foam wedge. I've sent you 2 prior request asking you to order me a "20 inc. wheelchair and a foam wedge". On 3/8/18 you answered my last request "You have A pending Appointment, Watch call out". Todate I've yet to be called out. Nor have I been issued a wheelchair that hasn't been put together out of old wore out wheels/parts, and said foam wedge. Please let me know when I'll be able to physically receive a New "20 inc. wheelchair and a foam wedge"!? Thank You Very Much.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): James Lunt | DC#: 114474 |
|---|---|

Assistant Warden's Office

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**

MAR 29 2018

MAYO CI

07A

222-1803-0190-med

DATE RECEIVED: _____

The grievance process should not be used to ask questions or seek information. However, you were seen by Mrs. Hewlett + your issues have been addressed + explained to you. There is no indication for a foam wedge pillow or a new Wheelchair.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is **Denied**. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): M.L. SMITH, HSA MAYO CI | Official (Signature): | Date: 4/2/18 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

# INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

_Ms. Hewlette_

Mail Number: _____
Team Number: _____
Institution: _MAYO_

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☑ Medical ☐ Mental Health | ☐ Dental ☐ Other _____ |
|---|---|---|---|---|

| FROM: | Inmate Name: _Lunt James_ | DC Number: _114474_ | Quarters: _I-2142 S_ | Job Assignment: _H/M_ | Date: _3/28/18_ |
|---|---|---|---|---|---|

**REQUEST**    Check here if this is an informal grievance ☐

On 2/6/18 the doctor wrote me a pass for a wheelchair and a foam wedge. I've sent you 2 prior request asking you to order me a "20 inc. wheelchair and a foam wedge". On 3/8/18 you answered my last request "You have a pending appointment. Watch call out." Todate I've yet to be called out nor have I been issued a wheelchair that hasn't been put together out of old wore out wheels/parts and said foam wedge. Please let me know when I'll be able to physically receive a new "20 inc. wheelchair and a foam wedge"!? Thank You Very Much.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _James Lunt_    DC#: _114474_

Assistant Warden's Office

## RESPONSE

MAR 29 2018

MAYO CI

**DO NOT WRITE BELOW THIS LINE**

07A    DATE RECEIVED: _223-1803-0190-med_

The grievance process should not be used to ask questions or seek information. However, you were seen by Mrs. Hewlett + your issues have been addressed + explained to you. There is no indication for a foam wedge pillow or a new wheelchair.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _Denied_. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

Official (Print Name): _M.L. SMITH, HSA MAYO CI_    Official (Signature): _____    Date: _4/2/18_

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

Mail Number: _____
Team Number: _____
Institution: _Mayo C.I._

| TO: (Check One) | ☐ Warden ☑ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other _____ |
|---|---|---|---|---|

| FROM: | Inmate Name: Lunt James | DC Number: 114474 | Quarters: I 2142 S | Job Assignment: H/M | Date: 4/3/18 |
|---|---|---|---|---|---|

**REQUEST**      Check here if this is an informal grievance ☑

Grievant Grieves The Fct: The DC2-530A Form A.D.A. Reasonable Modification
or Accommodation Request, he filed to the Asst. Warden dated 3/16/18
has not been answered and returned to grievant to date -
Grievant requested the following accommodation: To be provided the following
medical devices (1) Wheelchair Gloves; (2) BACK BRACE; (3) Double Mattress -
Relief Sought =
Respond to and return the A.D.A. Request DC2-530A grievant submitted
dated 3/16/18 ;
Provide the following three (3) accommodations listed above, grievant
requested on said A.D.A. Request Form DC2-530A -

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _James Lunt_     DC#: 114474

---

**RESPONSE**

Assistant Warden's Office
APR - 4 2018
MAYO CI

DO NOT WRITE BELOW THIS LINE
263-1804-0028-AWP/ADA
248
DATE RECEIVED: _____

Your accommodation request form has been reviewed
and a disposition rendered. This office will provide you
with a copy.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is Approved . (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): H. Davi | Official (Signature): _____ | Date: 4-5-18 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

Mail Number: _____
Team Number: _____
Institution: _Mayo C.I._

| TO: (Check One) | ☐ Warden ☑ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name Lunt James | DC Number 114474 | Quarters I 2142 S | Job Assignment H/M | Date 4/3/18 |
|---|---|---|---|---|---|

**REQUEST**     Check here if this is an informal grievance ☑

Grievant Grieves the Fct: The DC2-530A Form A.D.A. Reasonable Modification or Accommodation Request, he filed to the Asst. Warden dated 3/16/18 has not been answered and returned to grievant to date =
Grievant requested the following accommodation: To be provided the following medical devices (1) Wheelchair Gloves; (2) BACK BRACE; (3) Double Mattress.
Relief Sought =
Respond to and return the A.D.A. Request DC2-530A, grievant submitted dated 3/16/18 ;
Provide the following three (3) accommodations listed above, grievant requested on said A.D.A. Request Form DC2-530A.

All requests will be handled in one of the following ways: 1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

Inmate (Signature): _James Lunt_     DC#: _114474_

---

**RESPONSE**

Assistant Warden's Office
APR - 4 2018
MAYO CI

DO NOT WRITE BELOW THIS LINE   333-1804-0038-AWP/ADA

248     DATE RECEIVED: _____

Your accommodation request form has been received and a disposition rendered. This office will provide you with a copy.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _Approved_.   (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): H. OAN | Official (Signature): _____ | Date: 4.5.18 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

# INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Ms. Hewlett

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☐ Warden   ☐ Asst. Warden | ☐ Classification   ☐ Security | ☑ Medical   ☐ Mental Health | ☐ Dental   ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | LunT James | 114474 | D4110 L | H/M | 2/7/18 |

## REQUEST

Check here if this is an informal grievance ☐

*I have been given a pass for a wheelchair, and would appricate it very much if you would order a 20" wheelchair for me and a wheelchair cushion as well as a foam wedge. Thank you very much.*

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): *James Lunt*     DC#: 114474

**RECEIVED**
FEB 09 2018
Medical Records
Mayo C.I.

### DO NOT WRITE BELOW THIS LINE

## RESPONSE

DATE RECEIVED:

*Send a request to Sgt. Baucom*

The following pertains to informal grievances only:

Based on the above information, your grievance is _____ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): C. Hewlett, AA   Mayo CI | Official (Signature): | Date 2/19/18 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DCI-303. Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

# INMATE REQUEST

Ms. Hewlette

Mail Number: _____
Team Number: _____
Institution: _____

| TO:<br>(Check One) | ☐ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☑ Medical<br>☐ Mental Health | ☐ Dental<br>☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name<br>LunT James | DC Number<br>114474 | Quarters<br>I2142S | Job Assignment<br>H/M | Date<br>3/5/18 |
|---|---|---|---|---|---|

**REQUEST**                          Check here if this is an informal grievance ☐

I sent you a request asking you to order me a "20 in." wheelchair on 2-7-18 you answered "see sgt Baucomb", I did and He had seen to it a loaner wheelchair was given me until a "20in." one could be ordered. Please accept this request as an inquiry as to when I will receive a "20in" wheelchair?        Also;

Please inform me as to when I will receive the "foam wedge" I was given a medical pass for on 2-6-18 as well?
                                      Thank You,

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview.  All informal grievances will be responded to in writing.

Inmate (Signature): James LunT        DC#: 114474

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                          DATE RECEIVED:

RECEIVED
MAR 06 2018
Medical Records
Mayo C.I.

You have a pending appointment. Watch call out.

---

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved).  If your informal grievance is denied,

you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name) C. Hewlett, AA<br>Mayo CI | Official (Signature): Hewlett | Date: 3/8/18 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C, attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)
                Incorporated by Reference in Rule 33-103.005, F.A.C.



# INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

*Ms Hewlett*

Mail Number: _____
Team Number: _____
Institution: *Mayo C.I.*

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☑ Medical ☐ Mental Health | ☐ Dental ☐ Other _____ |
|---|---|---|---|---|

| FROM: | Inmate Name Lunt James | DC Number 114474 | Quarters I2142S | Job Assignment H/M | Date 3/29/18 |
|---|---|---|---|---|---|

## REQUEST

Check here if this is an informal grievance ☐

Pursuant to Procedure 604.101 I would like to request a pair of wheelchair gloves. Pushing myself in my wheelchair causes me to get cuts knicks and my hands to get wet and dirty when going to the chow hall to eat. I would appriciate a pair of wheelchair gloves to fix this please.

Thank You.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): *James Lunt*   DC#: 114474

**RECEIVED**
**APR 0 2 2018**
Medical Records
Mayo C.I.

---

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE

DATE RECEIVED: _____

You must submit an accommodation request to assistant warden.

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): Hewlett, AA Mayo CI | Official (Signature): _____ | Date: 4/3/18 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Mail Number: _____
Team Number: _____
Institution: MAYO C.I.

| TO: (Check One) | ☐ Warden | ☐ Classification | ☐ Medical | ☐ Dental FOODSERVICE |
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☑ Other DIRECTOR |

| FROM: | Inmate Name LUNT James | DC Number 114474 | Quarters I2142S | Job Assignment H/M | Date 3/12/18 |

**REQUEST**

Check here if this is an informal grievance ☑

Grievant Grieves The Fact: On 3/12/18 during the feeding of the "DINNER" meal, grievant was given a "Regular" tray for the "diet tray" grievant is supposed to be receiving. On 2-14-18 you personally answered my request telling me ".... as of Now we are serving you from the menu of NO Soy" Back in 2/2015 while at Suwannee Corr. while you were the F/S Director then Tallahassee sent you a memo with a copy of the "No Soy LFR diet menu" that was formated and developed specifically for me due to my having (rohni? disease and many food intolerances said memo informed you I was to be fed by said diet menu. You are very much aware of my dietary food intolerances as I've been forced to grieve the issue of not being fed in accordance to this "No Soy LFR" diet menu since, it has been formated and developed for me. As I told you, I really do not wish to have to start filing grievances here about this issue. But, after bringing

All requests will be handled in one of the following ways: 1) Written Information or   2) Personal Interview. All
informal grievances will be responded to in writing.                            Pg. 1 of 2 Cont.

| Inmate (Signature): James Lunt | | DC#: 114474 |

Assistant Warden's Office

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**

MAR 15 2018

MAYO CI

12A

323-1803-0070-Food Ser.
DATE RECEIVED: _____

As of Oct 22nd, 2018 The Low fiber diet replaced The Low residue diet, your Menu is a Low fiber / no Soy and that is what is served. Therefore your grievance is denied

[The following pertains to informal grievances only:]

Based on the above information, your grievance is ___denied___.   (Returned, Denied or Approved). If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): R. Chambers | Official (Signature): | Date: 3-19-18 |

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

# CONTINUATION INFORMAL GRIEVANCE
To: Food Service Director

this matter to your attition here 4/5 times Now and it continuuing to occure over and over again — I'm forced into having to start the grievance process all over again so that I may present them to the Court. Being forced to eat food products I have food intolerances to due to having Crohn's disease, causes me to have flair-up's which inturn cause to to be sick, and severe pain. You Know how to feed me inorder to manage my disease, your quite able to as well, you Know I am Not that fussy as to how you feed me either, I just ask that it be food I am able to eat that wont make me sick. I've given you my personal copy of the diet menu, I've written down a full list of all the foods in the entire Kitchen that I "CAN NOT" eat inorder to try everything I can to help you feed me what I'm able to eat. I can't win, these trays I have been receiving are far from being in compliance.

Relief sought:
Honestly, Ms. Chambers, I do not Know any other relief except having the Court straighten this matter out, therefore, please Just deny this informal grievance so I can get to the Next level. Thank You Very Much.

CC: Personal.

```
┌─────────────────────────┐
│ Assistant Warden's Office│
│      MAR 1 5 2018        │
│        MAYO CI           │
└─────────────────────────┘
```

Date: 3/12/18

James Lunt #114474

PG. 2. of 2.



# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
## BUREAU OF HEALTH SERVICES

**TO:**  Lundt, James DC# 114474  Suwannee Correctional Annex

**FROM:** Department of Corrections, Office of Health Services

**DATE:** October 26, 2017

**SUBJECT:** Your letter directed to the Office of Health Services

---

Your correspondence dated 10/19/2017 received in this office is being returned without action.

The issue you presented has already been researched and a response has been provided in a grievance appeal that you have previously submitted through the grievance process in accordance with Chapter 33-103.005, Florida Administrative Code.

If you are experiencing health issues that need attention, sick call is available so that you may present your concerns to your health care staff.

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
**FOR INMATES**

*Assistant Warden's Office*

*MAR 1 9 2018*

*MAYO CI*

### Request Form to Access the Department's Services, Programs or Activities

This form is to request a specific reasonable modification or accommodation which would enable participation in a service, activity or program offered by the Department if otherwise qualified/eligible to participate.

This form is **NOT** for Health Service related requests, i.e., medical devices, passes or any type of medical care. These issues must be directed to the medical department in accordance with Chapter 33-103, F.A.C.

| Lunt, James | 114474 | MAYO I 2142 S |
|---|---|---|
| Inmate Name (Print) | DC# | Institution and Housing |

Check the applicable area that applies to **this request**: ☑ Service ☐ Program ☐ Activity

Check the type of **ADA issue** that applies to **this request**:
☐ Accessibility ☑ Equipment ☐ Assistance ☐ Written Materials ☐ Modification of Program/Job Assignment

Check the type of **limited major life activity** that applies to **this request**:
☐ Mobility ☐ Seeing ☐ Hearing ☐ Speech ☑ Caring for Oneself ☐ Performing Manual Tasks
☐ Other _____

Reason for accommodation request? _I have spinal disease (medically well documented) Nuro-Specilists have recommended, ordered & prescribed I be provided: BACK BRACE, Double Mattress._

What specific modification or accommodation is requested? _To Be given a Back Brace and a Double Mattress    Thank you Very Much_

| James Lunt # 114474 | 3/16/18 |
|---|---|
| Inmate Signature | Date Signed |

## INSTITUTIONAL DISPOSITION

☐ Approved ☒ Denied ☐ Modified/Partially Approved ☐ Returned Without Action (Non-ADA Issue)

Basis of Decision: _Per medical evaluation stating no evidence of a recommendation by specialist for a back brace or double mattress._

| (signature) | 4-5-18 | N/A |
|---|---|---|
| Disposition Rendered by (Signature) | Disposition Date | Anticipated Date of Accommodation |

Complete this form and place in the locked box designated for grievances or place in a sealed envelope addressed to the Institutional Intake Officer, marking the envelope "Confidential" and placing the envelope in the box for outgoing mail.

Within ten (10) business days of receipt, the Institutional Intake Officer will review and provide disposition for the accommodation request and return the completed DC2-530A to you. If you are not satisfied with the decision you may obtain further administrative review of the decision by submitting "Request for Administrative Remedy or Appeal", DC1-303, in accordance with Chapter 33.103 F.A.C., within fifteen (15) days of receiving the disposition.

DC2-530A (Effective 11/16)                    Incorporated by Reference in Rule 33-210.201, F.A.C.

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
**FOR INMATES**

Wakulla C.I.

JUL 13 2018

## Request Form to Access the Department's Services, Programs or Activities

This form is to request a specific reasonable modification or accommodation which would enable participation in a service, activity or program offered by the Department if otherwise qualified/eligible to participate.

This form is **NOT** for Health Service related requests, i.e., medical devices, passes or any type of medical care. These issues must be directed to the medical department in accordance with Chapter 33-103, F.A.C.

| Lunt James | 114474 | WAKCI |
|---|---|---|
| Inmate Name (Print) | DC# | Institution and Housing |

Check the applicable area that applies to **this request**: ☐ Service ☑ Program ☐ Activity

Check the type of **ADA issue** that applies to **this request**:
☐ Accessibility ☐ Equipment ☐ Assistance ☐ Written Materials ☑ Modification of Program/Job Assignment

Check the type of **limited major life activity** that applies to **this request**:
☐ Mobility ☐ Seeing ☐ Hearing ☐ Speech ☐ Caring for Oneself ☐ Performing Manual Tasks
☐ Other _____

Reason for accommodation request? _Would Like A Job in the Law Library as a_
_Law clerk Trainee_

What specific modification or accommodation is requested? _A Job change — there are No_
_impaired inmates working in the Law Library — I'd appricate_
_being able to work as a law clerk Trainee_

| James Lunt #114474 | 7/12/18 |
|---|---|
| Inmate Signature | Date Signed |

## INSTITUTIONAL DISPOSITION

☐ Approved ☐ Denied ☐ Modified/Partially Approved ☑ Returned Without Action (Non-ADA Issue)

Basis of Decision: _We do not require any law clerts at this time._

| | 8/1/18 | |
|---|---|---|
| Disposition Rendered by (Signature) | Disposition Date | Anticipated Date of Accommodation |

Complete this form and place in the locked box designated for grievances or place in a sealed envelope addressed to the Institutional Intake Officer, marking the envelope "Confidential" and placing the envelope in the box for outgoing mail.

Within ten (10) business days of receipt, the Institutional Intake Officer will review and provide disposition for the accommodation request and return the completed DC2-530A to you. If you are not satisfied with the decision you may obtain further administrative review of the decision by submitting "Request for Administrative Remedy or Appeal", DC1-303, in accordance with Chapter 33.103 F.A.C., within fifteen (15) days of receiving the disposition.

DC2-530A (Effective 11/16)        Incorporated by Reference in Rule 33-210.201, F.A.C.

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
**FOR INMATES**

Wakulla C.I.

JUL 13 2018
CLASSIFICATION

## Request Form to Access the Department's Services, Programs or Activities

This form is to request a specific reasonable modification or accommodation which would enable participation in a service, activity or program offered by the Department if otherwise qualified/eligible to participate.

This form is **NOT** for Health Service related requests, i.e., medical devices, passes or any type of medical care. These issues must be directed to the medical department in accordance with Chapter 33-103, F.A.C.

Lunt James                    114474                    WAKCI
_Inmate Name (Print)_                    _DC#_                    _Institution and Housing_

Check the applicable area that applies to **this request**: ☐ Service  ☑ Program  ☐ Activity

Check the type of **ADA issue** that applies to **this request**:
☐ Accessibility  ☐ Equipment  ☐ Assistance  ☐ Written Materials  ☑ Modification of Program/Job Assignment

Check the type of **limited major life activity** that applies to **this request**:
☐ Mobility  ☐ Seeing  ☐ Hearing  ☐ Speech  ☐ Caring for Oneself  ☐ Performing Manual Tasks
☐ Other _____

Reason for accommodation request? _Would Like A Job in the Law Library as a_
_Law clerk Trainee_

What specific modification or accommodation is requested? _A Job change — there are No_
_impaired inmates working in the Law Library — I'd appricate_
_being able to work as a Law clerk Trainee_

James Lunt  # 114474                    7/12/18
_Inmate Signature_                    _Date Signed_

## INSTITUTIONAL DISPOSITION

☐ Approved  ☐ Denied  ☐ Modified/Partially Approved  ☑ Returned Without Action (Non-ADA Issue)

Basis of Decision: _We do not require any law clerks at this time._

_____          8/1/18          _____
_Disposition Rendered by (Signature)_          _Disposition Date_          _Anticipated Date of Accommodation_

Complete this form and place in the locked box designated for grievances or place in a sealed envelope addressed to the Institutional Intake Officer, marking the envelope "Confidential" and placing the envelope in the box for outgoing mail.

Within ten (10) business days of receipt, the Institutional Intake Officer will review and provide disposition for the accommodation request and return the completed DC2-530A to you. If you are not satisfied with the decision you may obtain further administrative review of the decision by submitting "Request for Administrative Remedy or Appeal", DC1-303, in accordance with Chapter 33.103 F.A.C., within fifteen (15) days of receiving the disposition.

DC2-530A (Effective 11/16)                    Incorporated by Reference in Rule 33-210.201, F.A.C.

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
**FOR INMATES**

Assistant Warden's Office

MAR 1 9 2018

MAYO CI

### Request Form to Access the Department's Services, Programs or Activities

This form is to request a specific reasonable modification or accommodation which would enable participation in a service, activity or program offered by the Department if otherwise qualified/eligible to participate.

This form is **NOT** for Health Service related requests, i.e., medical devices, passes or any type of medical care. These issues must be directed to the medical department in accordance with Chapter 33-103, F.A.C.

Lunt, James     114474     Mayo I 2142 S
_____    _____    _____
Inmate Name (Print)     DC#     Institution and Housing

Check the applicable area that applies to **this request**: ☑ Service ☐ Program ☐ Activity

Check the type of **ADA issue** that applies to **this request**:
☐ Accessibility ☑ Equipment ☐ Assistance ☐ Written Materials ☐ Modification of Program/Job Assignment

Check the type of **limited major life activity** that applies to **this request**:
☑ Mobility ☐ Seeing ☐ Hearing ☐ Speech ☑ Caring for Oneself ☑ Performing Manual Tasks
☐ Other _____

Reason for accommodation request? I USE A WHEELCHAIR TO GET AROUND WITH. HAVING TO WHEEL MYSELF MY "Fingers & Hands" get Knicked up, cut, and dirty
_____

What specific modification or accommodation is requested? Pursuant to Procedure 604.101 Health Care Appliances I respectfully request it be approved for me to receive and use "gloves" for wheelchair use only!! Thank You Very Much.

James Lunt #114474      3/16/18
_____    _____
Inmate Signature      Date Signed

---

### INSTITUTIONAL DISPOSITION

☐ Approved ☑ Denied ☐ Modified/Partially Approved ☐ Returned Without Action (Non-ADA Issue)

Basis of Decision: Based on evaluation provided by medical that you are able and encouraged to walk short distances by the provider.

[signature]     4-5-18     N/A
_____   _____   _____
Disposition Rendered by (Signature)   Disposition Date   Anticipated Date of Accommodation

Complete this form and place in the locked box designated for grievances or place in a sealed envelope addressed to the Institutional Intake Officer, marking the envelope "Confidential" and placing the envelope in the box for outgoing mail.

Within ten (10) business days of receipt, the Institutional Intake Officer will review and provide disposition for the accommodation request and return the completed DC2-530A to you. If you are not satisfied with the decision you may obtain further administrative review of the decision by submitting "Request for Administrative Remedy or Appeal", DC1-303, in accordance with Chapter 33.103 F.A.C., within fifteen (15) days of receiving the disposition.

DC2-530A (Effective 11/16)      Incorporated by Reference in Rule 33-210.201, F.A.C.

## PART B - RESPONSE

| LUNT, JAMES | 114474 | 1809-118-152 | WAKULLA C.I. | B1103S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has been received, reviewed and evaluated. An investigation reveals the following:

This issue was adequately addressed by Captain Asbell at the informal level, grievance log # 118-1809-0087.

Based on the foregoing, your Request for Administrative Remedy is D E N I E D.  You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachment(s) as required by Chapter 33-103, and forwarding to the Bureau of Inmate Grievance Appeals, 501 South Calhoun Street, Tallahassee, Florida 32399-2500.

Responding Employee: L. Robison, Grievance Coordinator

Signature of Representative: J. Coker, Warden

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 9-28-2018 |
|---|---|---|
| | | DATE |

MAILED

OCT 0 1 2018

ASSISTANT WARDEN

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden    ☑ Assistant Warden    ☐ Secretary, Florida Department of Corrections
From or IF Alleging Sexual Abuse, on the behalf of:

_Lunt    James    ._    _114474_    _Wakulla Main #118_
Last    First    Middle Initial         DC Number         Institution

1809-118-152

Part A – Inmate Grievance    Log # 118-1809-0087 (Attached).

Appeal Of Informal Grievance.

The Response received back to said Informal Grievance is incorrect, and Officer Graig is lying on official documents (investigation) and grievant can prove so upon further investigation of this matter. (1) On Sept. 17 2018 the Sick-call list posted on the Chow hall wall has grievants Name on it requesting Sick-call. Review of this Sign up sheet will show grievant's Name on it. As well as on Sept. 18, 2018 grievant again signed the Sick-call List requesting Sick-call. Review of the dorms (B-2) cameras will show grievant leaving with wave 2 to report to the center gate to go to sickcall as well.

On Sept. 19, 2018 grievant spoke with Nurse Paul about Officer Craig not allowing grievant through the gate in order to access sick-call. Nurse Paul exact words were "your the 5th inmate in the last 5 mins. that has told me Officer Craig refused to allow them to come through the gate to get to medical" Nurse Paul further informed grievant she was going to talk with the Warden concerning this herself. therefore grievant is not the only inmate Officer Craig is doing this too, Nurse Paul can atest to this.

Grievant has made it known that Officer Craig abuses his authority while assigned at the center gate. Aug. 3, 2018 grievant spoke with Capt. Strawn about Officer Craig not honoring grievants Early Chow pass; Grievant spoke with (Aug. 17th) Mr. Barns about officer Craig refusing to honor grievants early chow pass and threating grievant as he's been doing; Aug. 19th grievant spoke with Mr. Barns again about officer Craig not honoring grievants early chow pass & threating grievant; Aug. 20th Grievant spoke with officer Harper explaining to her how officer Craig has been threating and harrassing me and that I wanted to declare a psych emergecy, thus making the dorm officer Stuart, officer Brown, working medical, and Ms. Doramond; Psych all aware of Officers Craigs actions towards grievant. Aug. 21st grievant spoke with the dorm (B) Sgt. Clemmons about Officer

_09/26/18_           PG. 1 of 2 Cont.    _James Lunt # 114474_
DATE                                              SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:    _NO_ / _____
                                                                                                                                   #              Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**RECEIVED**

**SEP 27 2018**

Wakulla Main Unit
Assistant Warden
Program/Grievance

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____    Institutional Mailing Log #:_____

_____    _____
                                                                (Received By)

DISTRIBUTION:    **INSTITUTION/FACILITY**        **CENTRAL OFFICE**
                           INMATE (2 Copies)                 INMATE
                           INMATE'S FILE                        INMATE'S FILE - INSTITUTION/FACILITY
                           INSTITUTIONAL GRIEVANCE FILE    CENTRAL OFFICE INMATE FILE
                                                                            CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)    Incorporated by Reference in Rule 33-103.006, F.A.C.

CONTINUATION OF INFORMAL GRIEVANCE #18-1809-0087

Craig threating & harrassing me, Sgt. Clemmons had me speak with Capt. Asbell. Grievant done so thus making both Sgt. Clemmons and Capt. Asbell awear of how Officer Craig has been treating grievant. So it's pretty well Known that Officer Craig abuses his authority to the degree of bullying grievant/inmates in such a fashion that violates Fla. Statutes §§ 825.102; 825.103; 775.082; 775.083; 775.084; and rises to the level of becoming criminal under F.S. 825.101(2)(7).

As the Warden of Wakulla Corr. Facility Pursuant to Chapter 944.09(2) Fla. Stat. "it is your duty to supervise the governance, discipline, and policy of the State Correctional institution (Wakulla) and to enforce all orders and rules." Therefore, based on the for going statements of facts it is hereby requested that:

Officer Craig be re-assigned to a different post position as he has been assigned to the center gate well over the (6) six months an officer is to be assigned to one post before being changed;

Ensure that Officer Craig takes special courses and classes in learning how to talk to and instruct with impaired inmates, as is required under "special training" (settlement Agreement case No. 4:16-CV-47-RH-CAS pg.#26 E&F i.d at allie Jones v. Disability Rights Fla, LLC..

Thank You Very Much.
James Lunt #114474

PG. 2. of 2.

**PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)**

..ETURN TO:

| **LUNT, JAMES** | **114474** | **17-6-31620** | **SUWANNEE C.I. ANNEX** | **I1142S** |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

07H (INADEQUATE TREATMENT (MEDICAL))

Not Enough Doctors.

| **8/7/17** | **17-6-31620** |
|---|---|
| DATE | GRIEVANCE LOG NUMBER |

Informal Grievance Log # 231-1706-0078
Dated: 6/20/17

Formal Grievance Log # 1707-231-024
Dated: 7/9/17

MAILED/FILED
WITH AGENCY CLERK

**OCT 0 6 2017**

**PART B - RESPONSE**

| LUNT, JAMES | Department of Corrections 1474 Bureau of Inmate Grievance Appeals | 17-6-31620 | SUWANNEE C.I. ANNEX | I1142S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Returned without Action:

Your request for administrative appeal has been received in non-compliance with Chapter 33, "Appeals must be received in the Office of the Secretary within 15 calendar days of the institutional response."

Based on the above information, your appeal is returned without action.

CONFIDENTIAL
THIS DOCUMENT MAY CONTAIN CONFIDENTIAL HEALTH RECORD/ CARE INFORMATION INTENDED FOR THIS ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Michelle Schouest, IISC

| *Michelle Schouest* | *T. Bowden* | 10/3/17 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED
AUG 0 7 2017
Department of Corrections
Inmate Grievance Appeals

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Lunt | James | D | 114474 | Suwannee Annex |
|------|-------|---|--------|----------------|
| Last | First | Middle Initial | DC Number | Institution |

176-31620

**Part A – Inmate Grievance**

Appeal of Formal Grievance Log # 1707-231-024 (See Attached)

Grievant Grieves The Fact: There are to many prisoners accessing medical to be seen by Dr. Figueroa for him to see and take care of all their medical needs in a timely manner. Grievant/prisoners get scheduled for Dr. Appointments and are told they are being re-scheduled because the Dr. could not possibly see everybody that was scheduled to see him. Then when Grievant/prisoners are re-scheduled that appointment gets re-scheduled again for the verysame reason as the first re-scheduling. The Dept. of Cor's. is just far to overcrowded and one doctor but enough to take care of Grievant/prisoners specific medical needs here at Suwannee Annex. Then when Grievant/prisoners grieve this issue the general response is "Access Sick-Call." Accessing Sick-call does not remedy nor get Grievant/prisoners the medical treatment/care their specific medical needs require. Plus when Grievant /prisoners finally do see Dr. Figueroa He tells us "my boss in Region wont allow me/or approve it for me to prescribe and order (in Grievants case are listed in the body of Informal Grievance Log # 231-1706-0078 Attached) therefore passing the blame on to Regional Medical Office as to why Grievants/prisoners specific medical needs can't be prescribed ordered and taken care of. Relief Sought: Order and prescribe the medicines requested in Informal Grievance Log # 231-1706-0078 that have been recommended ordered and prescribed by both Specialists Gastro & Nuero — as well as provide all the medical passes Grievant has had recommended ordered and prescribed by specilists Gastro & Nuero inorder to meet all Grievants specific medical needs.

PG. 1 of 5

| 7/31/17 | James Lunt #114474 |
|---------|--------------------|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:

NO 1
# ___ Signature

7h   231707-024 230

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-10 Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is er Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inm processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequa grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: _____ (Date)   Institutional Mailing Log #: _____   _____ (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---------------|----------------------|----------------|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

?03 (Effective 11/13)   Incorporated by Reference in Rule 33-103.006, F.A.C.

**PART B - RESPONSE**

| LUNT, JAMES | 114474 | 1707-231-024 | SUWANNEE C.I. ANNEX | I1142S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Your request for Administrative Remedy or Appeal has been received, reviewed & evaluated.

Investigation into your grievance reveals the following:

The Informal grievance #231-1706-0078 was responded to appropriately. You were seen by the MD on 7/6/17 and able to addressed your concerns at that time. Be advised that an inmate does not have the right to dictate staff duties. If you have any further questions or concerns you can access sick call to address.

Based on the foregoing your grievance has been denied.

You may obtain further administrative review of your complaint by obtaining form DC1-303.  Request for Administrative Review or Appeal, Completing the form, providing attachments as required by 33-103.007(3)(a) and (b), F.A.C. and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun, Tallahassee, Fl. 32399-2500, within Fifteen(15) days from date of this response.

MAILED 7/19/17

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|
| Denis A. Vilchez, MD Medical Director Suwannee CI 04214/04215 | J. Taylor | 7/19/17 |

**FLORIDA DEPARTMENT OF CORRECTIONS**

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☑ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From or **IF** Alleging Sexual Abuse, on the behalf of:

| LunT | James | D | 114474 | SuwaNNee C.I. ANNex |
|------|-------|---|--------|------------------|
| Last | First | Middle Initial | DC Number | Institution |

Appeal of Informal Grievance Log # _Part A – Inmate Grievance_ 231·1706·0078 (see Attached)

Grievant Grieves The Fact: Suwanee C.I. Annex and the Fla. Dept. of Corrs. is in violation of Not having enough Doctors on call here to adequately provide for all grievant/prisoners specific medical needs, thus causing a deprivation of even the most basic medical needs. Medical callouts are being scheduled on the callout list for grievant/prisoners to be seen by the doctor only to be re-scheduled due to there being to many prisoners scheduled for that day to be seen by the doctor. Suwanee C.I. Annex just has to many prisoners at it with far to many medical needs that require the need to be seen by a doctor to treat each one of those specific medical need but not enough medical doctors to attend to the needs of the entire prison population specific medical needs individually. Due to not having enough medical doctors here denial of treatment that could eliminate pain and suffering is occurring; the treatment doctor A. Figueroa does provide is done so which falls under the definition of "Obduracy and Wantonness" as well as being cursory as to amount to No treatment at all when grievant/prisoners medical needs are such that even a lay person easily recognizes the Necessity for a doctor's attention.

Relief Sought:

Hire enough medical doctors here at Suwanee c.I. Annex that it takes (more than what are here Now) so that grievant/prisoners medical needs are met; put a stop to placing more prisoners names on the callout to see the doctor than the doctor actually see's (this only makes it look good on paper for an audit); Take all steps Necessary to ensure grievant/prisoners specific medical needs are met.

PG. 1 of 3 (See Attached)

| July 4-2017 | James Lunt # 114474 |
|-------------|---------------------|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

NO 1

| # | Signature |

17-231-024

INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

RECEIVED

JUL 0 7 2017

ASSISTANT WARDEN-PROGRAMS
SUWANEE CORRECTIONAL INST.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____
(Date)

Institutional Mailing Log #:_____

(Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---------------|---------------------|----------------|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

SEE ATTACHED RESPONSE 19/9

DC1-303 (Effective 11/13)                  Incorporated by Reference in Rule 33-103.006, F.A.C.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

# INMATE REQUEST

Mail Number: _____
Team Number: _____
Institution: Suwannee Annex

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☑ Medical ☐ Mental Health | ☐ Dental ☐ Other _____ |
|---|---|---|---|---|

| FROM: | Inmate Name Lunt James | DC Number 114474 | Quarters I 1142 S | Job Assignment H/M | Date 6/20/17 |
|---|---|---|---|---|---|

## REQUEST                    Check here if this is an informal grievance ☑

The doctors appointment I was scheduled to have this afternoon at 1:00 PM was
rescheduled once again. The doctors appointment I was scheduled for on 6/16/17 at 1:00 PM
was rescheduled as well. Both times I have been scheduled to be seen by the doctor
I've been told "there were to many inmates scheduled for the doctor he can't see all
of you today, your being rescheduled watch the callout." There is to big of a medical
case load for the doctor to handle here, it is appearent by the number of callouts
that get rescheduled for doctors callouts. Thus 'causing the medical needs of grievant/
prisoners to go unprovided for and recieving no medical care at all even.
Relief Sought: have the doctor see me and address my specific medical needs which are as
follows: Medicines Need: Diphenhydramine, Tums Antacid, Dicyclomine, Gabapentin, Sunblock, Preparation
H Hemorrhoidal oint, Antifungal Cream Analgesic Balm, Tolnaftate powder / Medical passes: Wipes 1 Pk
wkly, Low Residue No Soy diet, Wheelchair, Cushions x2 Seat/Back, Double/Medical Mattress,

All requests will be handled in one of the following ways:  1) Written Information or   2) Personal Interview.  All
informal grievances will be responded to in writing.           PG. 1 of 2 con't

| Inmate (Signature): James Lunt | DC#: 114474 |
|---|---|

---

### DO NOT WRITE BELOW THIS LINE

**RESPONSE**  231-1706-0078          **DATE RECEIVED:**

RECEIVED
JUN 2 2 2017
ASSISTANT WARDEN - PROGRAMS
SUWANNEE CORRECTIONAL INSTITUTION

Review of your medical record indicates that you were
seen in sick call and your chart referred to the physician.
Chart review by the physician indicates that passes + meds
requested are not clinically indicated at this time. You
have an upcoming appt w/ physician if you wish to
discuss further.

# GRIEVANCE CONTINUATION

NAME: _Lunt James D_     [✓] INFORMAL [ ] FORMAL

     **LAST NAME**     **FIRST**     **MID.INT.**

D.C.# _114474_         DATE: _6_ / _20_ / _17_

Medical Shoes, Back Brace, Front Cuff, Elastic Stockings, Low Bunk,
1st Floor, Handicap Cell, No Pushing, Pulling, Lifting <15 lbs.>, No Bending,
No Squating, No Prolong Standing <5 min>, Shower Use Toilet as Needed.

**PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)**

RETURN TO:

| LUNT, JAMES | 114474 | 1707-231-024 | SUWANNEE C.I. ANNEX | I1142S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

07A (GENERAL MEDICAL     (MEDICAL))

NOT ENOUGH DOCTORS AT PRISON

| 7/7/17 | 1707-231-024 |
|---|---|
| DATE | FORMAL GRIEVANCE LOG NUMBER |

Informal Grievance Log # 231-1706-0078
Dated: 6/20/17

Formal Grievance Log # 1707-231-024
Dated: 7/4/17

Appeal To Secretary F.D.O.C, Mailed: ~~7/31/17~~
    Log # 17-6-31620
    Dated 8/7/17

MAILED/FILED
WITH AGENCY CLERK

**OCT 0 6 2017**

**PART B - RESPONSE**

Department of Corrections
Bureau of Inmate Grievance Appeals

| LUNT, JAMES | 17-6-31474 | 17-6-31620 | SUWANNEE C.I. ANNEX | I1142S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Returned without Action:

Your request for administrative appeal has been received in non-compliance with Chapter 33, "Appeals must be received in the Office of the Secretary within 15 calendar days of the institutional response."

Based on the above information, your appeal is returned without action.

CONFIDENTIAL
THIS DOCUMENT MAY CONTAIN CONFIDENTIAL HEALTH RECORD/ CARE INFORMATION INTENDED FOR THIS ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Michelle Schouest, IISC

| Michelle Schouest | T. Bowden | 10/3/17 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED

AUG 0 7 2017

Department of Corrections
Inmate Grievance Appeals

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Lunt | James | D | 114474 | Suwannee Annex |
|------|-------|---|--------|----------------|
| Last | First | Middle Initial | DC Number | Institution |

17-6-31620

**Part A – Inmate Grievance**   1707-231-624 (See Attached)

Appeal of Formal Grievance Log#

Grievant Grieves The Fact: There are to many prisoners accessing medical to be seen by Dr. Figueroa for him to see and take care of all their medical needs in a timely manner. Grievant/prisoners get scheduled for Dr. Appointments and are told they are being re-scheduled because the Dr. could not possibly see everybody that was scheduled to see him. Then when Grievant/prisoners are re-scheduled that appointment gets re-scheduled again for the verysame reason as the first re-scheduling. The Dept. of Corr's. is just far to overcrowded and one doctor isn't enough to take care of Grievant/prisoners specific medical needs here at Suwannee Annex. Then when Grievant/prisoners grieve this issue the general response is "Access Sick-Call," Accessing Sick-call does not remedy. Nor get Grievant/prisoners the medical treatment/care their specific medical needs require. Plus when Grievant /prisoners finally do see Dr. Figueroa He tells us "my boss in Region won't allow me/or approve it for me to prescribe and order (in Grievants case are listed in the body of Informal Grievance Log#231-1706-0078, Attached) therefore passing the blame on to Regional Medical Office as to why Grievants/prisoners specific medical needs can't be prescribed ordered and taken care of.

Relief Sought: Order and prescribe the medicines requested in Informal Grievance Log#231-1706-0078 that have been recommended ordered and prescribed by both Specialists Gastro & Nuero — as well as provide all the medical passes Grievant has had recommend ordered and prescribed by specilists Gastro & Nuero inorder to meet all Grievants specific medical needs.

PG. 1 of 5

| 7/31/17 | James Lunt #114474 |
|---------|--------------------|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

**BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**   NC 1

# _____   Signature

Th   1707-024   230

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: _____   Institutional Mailing Log #:_____

(Date)   (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---------------|----------------------|----------------|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION./FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)   Incorporated by Reference in Rule 33-103.006, F.A.C.

**PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)**

RETURN TO:

| LUNT, JAMES | 114474 | 1707-231-024 | SUWANNEE C.I. ANNEX | I1142S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

07A (GENERAL MEDICAL       (MEDICAL))

NOT ENOUGH DOCTORS AT PRISON

| 7/7/17 | 1707-231-024 |
|---|---|
| DATE | FORMAL GRIEVANCE LOG NUMBER |

Informal Grievance Log # 231-1706-0078
Dated: 6/20/17

Formal Grievance Log # 1707-231-024
Dated: 7/4/17

Appeal To Secretary F.D.O.C, Mailed: ~~7/31/17~~
       Log # 17-6-31620
       Dated 8/7/17

**PART B - RESPONSE**

| LUNT, JAMES | 114474 | 1707-231-024 | SUWANNEE C.I. ANNEX | I1142S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Your request for Administrative Remedy or Appeal has been received, reviewed & evaluated.

Investigation into your grievance reveals the following:

The Informal grievance #231-1706-0078 was responded to appropriately. You were seen by the MD on 7/6/17 and able to addressed your concerns at that time. Be advised that an inmate does not have the right to dictate staff duties. If you have any further questions or concerns you can access sick call to address.

Based on the foregoing your grievance has been denied.

You may obtain further administrative review of your complaint by obtaining form DC1-303. Request for Administrative Review or Appeal, Completing the form, providing attachments as required by 33-103.007(3)(a) and (b), F.A.C. and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun, Tallahassee, Fl. 32399-2500, within Fifteen(15) days from date of this response.

MAILED 7/19/17

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE 7/19/17 |
|---|---|---|
| Denis A. Vilchez, MD Medical Director Suwannee CI 04214/04215 | J. Taylor | |

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☑ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| Lunt | James | D | 114474 | Suwannee C.I. Annex |
|------|-------|---|--------|---------------------|
| Last | First | Middle Initial | DC Number | Institution |

---

*Part A – Inmate Grievance*

Appeal of Informal Grievance Log # 231-1706-0078 (see Attached)

Grievant Grieves The Fact: Suwannee C.I. Annex and the Fla. Dept. of Corrs. is in violation of Not having enough Doctors on call here to adequately provide for all grievant/prisoners specific medical Needs, thus causing a deprivation of even the most basic medical Needs. Medical callouts are being scheduled on the callout list for grievant/prisoners to be seen by the doctor only to be re-scheduled due to there being to many prisoners scheduled for that day to be seen by the doctor. Suwannee C.I. Annex just has to many prisoners at it with far to many medical Needs that require the Need to be seen by a doctor to treat each one of these specific medical Need but Not enough medical doctors to attend to the Needs of the entire prison population specific medical Needs individually. Due to Not having enough medical doctors here denial of treatment that could eliminate pain and suffering is occurring; the treatment doctor h. Figueroa does provide is done so which falls under the definition of "obduracy and wantonness as well as being cursory as to amount to No treatment at all when grievant/prisoners medical Needs are such that even a lay person easily recognizes the Necessity for a doctor's attention

Relief Sought:

Hire enough medical doctors here at Suwannee C.I. Annex that it takes (more than what are here Now) so that grievant/prisoners medical Needs are met; Put a stop to placing more prisoners Names on the callout to see the doctor then the doctor actually see's (this only makes it look good on paper for an audit); Take all steps Necessary to ensure grievant/prisoners specific medical Needs are met.

PG. 1 of 3 (See Attached)

| July 4-2017 | James Lunt # 114474 |
|-------------|---------------------|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

NO 1

# ___   Signature

MU7-231-024

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

RECEIVED

JUL 07 2017

ASSISTANT WARDEN-PROGRAMS
SUWANNEE CORRECTIONAL INST.

Submitted by the inmate on: _____
(Date)

Receipt for Appeals Being Forwarded to Central Office

Institutional Mailing Log #: _____

_____
(Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION./FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

SEE ATTACHED RESPONSE

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

Mail Number: _____
Team Number: _____11_____
Institution: _Suwannee Annex_

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☑ Medical ☐ Mental Health | ☐ Dental ☐ Other _____ |
|---|---|---|---|---|

| FROM: | Inmate Name Lunt James | DC Number 114474 | Quarters I 1142 S | Job Assignment H/M | Date 6/20/17 |
|---|---|---|---|---|---|

**REQUEST**                    Check here if this is an informal grievance ☑

The doctors appointment I was scheduled to have this afternoon at 1:00 PM was rescheduled once again. The doctors appointment I was scheduled for on 6/13/17 at 1:00 PM was rescheduled as well. Both times I have been scheduled to be seen by the doctor I've been told "there were to many inmates scheduled for the doctor he can't see all of you today, your being rescheduled watch the callout." There is to big of a medical case load for the doctor to handle here, it is apparent by the number of callouts that get rescheduled for doctors callouts. Thus causing the medical needs of grievant/ prisoners to go unprovided for and recieving no medical care at all even.
Relief Sought: have the doctor see me and address my specific medical needs which are as follows: Medicines Need• Diphenhydramine, Tums Antacid, Dicyclomine, Gabapentin, SunBlock, Preparation H Hemorrhoidal oint, Anti Fungal Cream Analgesic Balm, Tolnaftate Powder / Medical Passes: Wipes 1 Pk. wkly, Low Res diet, No Soy diet, Wheelchair, Cushions x2 Seat/Back, Double/Medical Mattress
All requests will be handled in one of the following ways: 1) Written Information or, 2) Personal Interview.  All informal grievances will be responded to in writing.          PG. 1 of 2 cont.

| Inmate (Signature): James Lunt | DC#: 114474 |
|---|---|

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**  231-1706-0078              DATE RECEIVED:

**RECEIVED**
**JUN 22 2017**
ASSISTANT WARDEN - PROGRAMS
SUWANNEE CORRECTIONAL INSTITUTION

Review of your medical record indicates that you were seen in sick call and your chart refered to the physician. Chart review by the physician indicates that passes + meds requested are not clinicaly indicated at this time. You have an upcoming appt w/ physician if you wish to discuss further.

[The following pertains to informal grievances only:
Based on the above information, your grievance is _denied_. (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): R Feltner | Official (Signature): R Felt | Date: 6/29/17 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

GRIEVANCE CONTINUATION

NAME: _Lunt James    D_____    [✓] INFORMAL [ ] FORMAL
       LAST NAME      FIRST      MID.INT.

D.C.# _114474_____        DATE: _6 / 20 / 17_

Medical Shoes, Back Brace, Front Cuff, Elastic Stockings, Low Bunk,
1st Floor, Handicap Cell, No Pushing, Pulling, Lifting <15 lbs.>, No Bending,
No Squating, No Prolong Standing <5 min>, Shower Use Toilet as Needed.

_James Lunt #114474_
SIGNATURE & D.C. #

PAGE NUMBER: _2_ of _2_

## PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)

RETURN TO:

| **LUNT, JAMES** | **114474** | **1707-231-005** | **SUWANNEE C.I. ANNEX** | **I1142S** |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

06E (SECURITY MATTERS  (INST OPER))

Post Relief Factor / Staff Shortage.

| **6/30/17** | **1707-231-005** |
|---|---|
| DATE | FORMAL GRIEVANCE LOG NUMBER |

Informal Grievance Log # 230-1706-0213

Formal Grievance Log # 1707-231-005

Appeal To Secretary F.D.o.C. Mailed: 7/25/17 Log # 17-6-32146

ILE/FIL
AGENCY CL

AUG 1 6 2017

Department
Bureau of Inmate Grievance

# PART B - RESPONSE

| LUNT, JAMES | 114474 | 17-6-32146 | SUWANNEE C.I. ANNEX | I1142S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been reviewed and evaluated. The response that you received at the institutional informal level has been reviewed and is found to appropriately address the concerns that you raised at the institutional level as well as the Central Office level.

Your administrative appeal is denied.

J. Adams

J. Adams                    8/11/17

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

[RECEIVED stamp]
JUL 3 1 2017
Department of Corrections
[Inmate Grievance Appeals]

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Lunt | James | D | 114474 | Suwannee Annex |
|------|-------|---|--------|------|
| Last | First | Middle Initial | DC Number | Institution |

17-6-32146

---

**Part A – Inmate Grievance**

Appeal of Formal Grievance Log # 1707-231-005 (See Attached). Grievant Grieves the Fact; the response received back to said formal grievance, does not Not correct the issue grieved to begin with. Said response states "... The issue grieved does not affect you personally" Indeed the issue grieved does in fact personally affect grievant. Because Suwannee C.I. Annex and the Fla. Dept. of Corr's is so badly "under Staffed," it is impossible to run the institution under Normal opperation due to there not being enough officers on duty per shift. The chowhall had to be cleared out and shut down in the middle of feeding the meal in order for the Sgt. to go and open the back gate to allow an Ambulance to enter the compound this effected grievant because He as well as all the other inmates that were in the middle of eating were told to "empty your trays and leave the chow hall now." Institutional callouts are Not called because there just isn't enough Staff to run them. Counts are delayed and dryrun so that 2nd and 3rd yards are Not ran. sometimes even 1st yard isn't ran. Gast crews are keeping Suwannee C.I. Annex afloat. Officers are working around the clock at times, staff work so much overtime they fall asleep on duty, they yell and cussout inmates (grievant) they dont want to preform their job disription, they cause tennsion between prisoners, and staff. Post Positions are going unmanned here at Suwannee C.I. Annex and the Administration knows this, yet signs the post logs as if they are being fully manned, when they are Not.

Relief Sought:

Re-address the issue grieved in the body of informal grievance log # 230-1706-0213 and Formal Grievance Log # 1707-231-005 = and brant the relief sought in informal grievance log # 230-1706-0213 and Formal Grievance Log # 1707-231-005 (see Attached)

Pg. 1 of 5

| 7/25/17 | James Lunt # 114474 |
|---------|---------------------|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** 6e

NO 1
# 1707-   Signature
231-005   230

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

JUL 2 6 2017   Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: [stamp] SUWANNEE CORRECTIONAL INST. Institutional Mailing Log #:_____

_____   (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)   Incorporated by Reference in Rule 33-103.006, F.A.C.

**PART B - RESPONSE**

| LUNT, JAMES | 114474 | 1707-231-005 | SUWANNEE C.I. ANNEX | I1142S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has been received, reviewed & evaluated.

Investigation into your grievance reveals the following:

The response received on informal grievance log#230-1706-0213, adequately address your concerns.

NOTE: Based upon FAC 33-103.014(1) (r) which states in part: Inmates may file on issues which affect them personally.  The issue grieved does not affect you personally

Based on the foregoing your grievance has been denied.

You may obtain further administrative review of your complaint by obtaining form DC1-303.  Request for Administrative Review or Appeal, Completing the form, providing attachments as required by 33-103.007(3)(a) and (b), F.A.C. and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun, Tallahassee, Fl. 32399-2500, within Fifteen(15) days from date of this response.

MAILED 7/14/17

A. PHILLIPS
GRIEVANCE OFFICER

J. Taylor

7/14/17

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☑ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Lunt | James | D | 114474 | Suwannee Annex |
|------|-------|---|--------|----------------|
| Last | First | Middle Initial | DC Number | Institution |

Part A – Inmate Grievance

Appeal of Informal Grievance Log # 230-1706-0213 (Attached) Grievant Grieves The Fact: The log number logging said informal grievance depicts the number #230 which is the Number for Suwannee Main Unit Not Suwannee Annex. Said informal Grievance concerns the "Post Relief Factor" and staff shortage of Certified Officers here at Suwannee Annex as well as the "entire Fla. Dept. of Corr's" as an entirety throughout the entire Fla. Dept. of Corr's Prisons state wide. Furthermore the response received back to said informal grievance log # 230-1706-0213 states "on 6/20/17 this date the shift was fully staffed for (12) hours all post positions were covered and manned..." Review of the compounds cameras showing "I" dorms doors to the building will show the number of officers entering the building as well as leaving the building, therefore leaving the entire dorm to be manned by (1) one officer. This is done on a regular bases here at Suwannee C.I. Annex on "all" shifts daily. Right now all this morning 6/30/17 since 8:00 AM count cleared only (1) officer Alsten has been manning "I" dorm alone. Review of the compounds cameras will show the number of officers entering/leaving the dorm. And at 12:00 PM count Officer Sistrunk who is security 9 Alfa or Bravo had to come assist Officer Alsten count, then Officer Sistrunk left the dorm leaving Officer Sistrunk to man the entire dorm alone. Again the issue that grievant is grieving is the fact Suwannee C.I. Annex and the Fla. Dept. of Corr's in its entirety is way to under staffed when it comes to the amount of prisoners, it's staff members are in charge of overseeing. Fla. Stat. ch 33- and F.A.C. mandates a specific Number of prisoners are to be observed/overseen by (1) officer, and that a specific number of Certified Officers are mandated to secure the mandated Post Positions and Post Relief Factor set forth for each institution state wide, and Suwannee C.I. Annex and the entire Fla. Dept. of Corr's is violating these Rules, and laws by their being far to under staffed state wide.

Cont. PG. 2 (See Attached)

| 6/30/2017 | | James Lunt #114474 |
|-----------|---|--------------------|
| DATE | PG. 1 of 3 | SIGNATURE OF GRIEVANT AND D.C. # |

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:

NO 1

1707-231--005

| # | Signature |

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate with the reasons for the return that the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

RECEIVED
JUN 30 2017
ASSISTANT WARDEN PROGRAMS
SUWANNEE CORRECTIONAL INST.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the Inmate on: _____   Institutional Mailing Log #: _____

CSW
(Received By)

**DISTRIBUTION:**

| INSTITUTION/FACILITY | CENTRAL OFFICE |
|---------------------|----------------|
| INMATE (2 Copies) | INMATE |
| INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | CENTRAL OFFICE GRIEVANCE FILE |

SEE ATTACHED RESPONSE

14/14

DC1-303 (Effective 11/13)        Incorporated by Reference in Rule 33-103.006, F.A.C.

GRIEVANCE CONTINUATION

NAME: _Lunt_    _James_    _D_    [ ] INFORMAL [✓] FORMAL
      LAST NAME     FIRST     MID.INT.

D.C.# _114474_    DATE: _6_ , _30_ , _2017_

Transfer the Number of prisoners that are over the
Number of Certified officers Suwannee C.I. Annex
has listed on its duty roster and actually here working
each shift, to the amount of prisoners State law
mandates there to be per shift ;
Take any and all steps deemed Necessary to
ensure this Shortage of Staff (certified Officers)
violation is corrected so that the number of
Certified Officers meet the Number Suwannee Annex
requires per post positions and the post relief factor,
and the number of prisoners that are here on
Suwannee C.I. Annex compared.

           _James Lunt # 114474_
           SIGNATURE & D.C. #

PAGE NUMBER: _2_ of _3_

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**ATE REQUEST**

Mail Number: _____
Team Number: _____
Institution: Suwannee Annex

| TO: (Check One) | ☐ Warden  ☑ Asst. Warden | ☐ Classification  ☐ Security | ☐ Medical  ☐ Mental Health | ☐ Dental _____  ☐ Other _____ |
|---|---|---|---|---|

| FROM: | Inmate Name Lunt James | DC Number 114474 | Quarters I 1142 S | Job Assignment H/m | Date 6/20/17 |
|---|---|---|---|---|---|

**REQUEST**                                  Check here if this is an informal grievance ☑

Grievant Grieves The Fact; The Fla. Dept. of Corr's. and Suwannee C.I. Annex is so short of staff that every night once 10:00 P.M. Master Count is cleared, one of the two officers leaves the dorm altogether; therefore, leaving only one officer to observe and man the entire dorm by theirself. This is a clear violation of Ch. 33- and F.A.C. Post Relief Factor! Suwannee C.I. Annex is far to under staffed and there is no way the limited amount of staff that is here can run this prison under normal opperations. Nor is the normal post positions being manned as F.S., Ch. 33, and F.A.C. mandates post positions to be manned. Relief Sought :-        Transfer the amount of prisoners needed to meet the number of staff (certified) officers that are on the duty roster; Take all steps necessary to ensure all post positions are fully manned as State law requires.

All requests will be handled in one of the following ways:  1) Written Information or  2) Personal Interview.  All informal grievances will be responded to in writing.

| Inmate (Signature): James Lunt | DC#: 114474 |
|---|---|

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE** 230-1706-0213

**RECEIVED**
JUN 2 2 2017
ASSISTANT WARDEN - PROGRAMS
SUWANNEE CORRECTIONAL INSTITUTION

DATE RECEIVED: _____

On 6/20/17 this date the shift was fully staffed 16 hours. All post positions were covered and manned. So at no time was the dorm not secure. Safety is a priority and first. For the entire institution. This is grievance is denied

[The following pertains to informal grievances only:]

Based on the above information, your grievance is **denied**. (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): V. Smith | Official (Signature): V. Smith | Date: 6/28/17 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)**

RETURN TO:

| LUNT, JAMES | 114474 | 1707-231-005 | SUWANNEE C.I. ANNEX | I1142S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

06E (SECURITY MATTERS   (INST OPER))

Post Relief Factor / Staff Shortage.

| 6/30/17 | 1707-231-005 |
|---|---|
| DATE | FORMAL GRIEVANCE LOG NUMBER |

Informal Grievance Log # 230-1706-0213

Formal Grievance Log # 1707-231-005

Appeal To Secretary F.D.O.C. Mailed: 7/25/17 Log # 17-6-32146

AGENCY CL

AUG 16 2017

Jepartment    BCI
Bureau of Inmate Gr    ance s.

**PART B - RESPONSE**

| LUNT, JAMES | 114474 | 17-6-32146 | SUWANNEE C.I. ANNEX | I1142S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been reviewed and evaluated. The response that you received at the institutional informal level has been reviewed and is found to appropriately address the concerns that you raised at the institutional level as well as the Central Office level.

Your administrative appeal is denied.

J. Adams

_____          _J. adams_          _8/11/17_

SIGNATURE AND TYPED OR PRINTED NAME OF          SIGNATURE OF WARDEN, ASST.          DATE
EMPLOYEE RESPONDING          WARDEN, OR SECRETARY'S
          REPRESENTATIVE

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| Lunt | James | D | 114474 | Suwannee Annex |
|------|-------|---|--------|----------------|
| Last | First | Middle Initial | DC Number | Institution |

17-6-32146

**Part A – Inmate Grievance**

Appeal of Formal Grievance Log # 1707-231-005 (See Attached). Grievant Grieves The Fact; the response received back to said formal grievance, does Not Not correct the issue grieved to begin with. Said response states "... The issue grieved does not affect you personally" Indeed the issue grieved does in fact personally affect grievant. Because Suwannee C.I. Annex and the Fla. Dept. of Corr's is so badly "under staffed," it is impossible to run the institution under Normal operation due to there not being enough officers on duty per shift. The chowhall had to be cleared out and shut down in the middle of feeding the meal inorder for the Sgt. to go and open the back gate to allow an Ambulance to enter the compound this effected grievant because He as well as all the other inmates that were in the middle of eating were told to "empty your trays and leave the chow hall Now." Institutional callouts are not called because there just isn't enough staff to run them. Counts are delayed and drugout so that 2nd and 3rd yards are not ran, sometimes even 1st yard isn't ran. Gast crews are Keeping Suwannee C.I. Annex afloat. Officers are wetting around the clock at times, staff work so much overtime they fall asleep on duty, they yell and cussout inmates (grievant), they dont want to preform their job disruption, they cause tension between prisoners, and staff. Post Positions are going unmanned here at Suwannee C.I. Annex and the Administration knows this, yet signs the post logs as if they are being fully manned, when they are Not.

Relief Sought:

Re-address the issue grieved in the body of informal grievance log # 230-1706-0213 and Formal Grievance Log # 1707-231-005; and Grant the relief sought in informal grievance log # 230-1706-0213 and Formal Grievance Log # 1707-231-005 (See Attached)

Pg. 1 of 5

| 7/25/17 | James Lunt # 114474 |
|---------|---------------------|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**   6e

NO 1

# 1707-   Signature
230-005   230

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

JUL 26 2017   Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____ (Date)   Institutional Mailing Log #: _____

_____ (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---------------|----------------------|----------------|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)   Incorporated by Reference in Rule 33-103.006, F.A.C.

## PART B - RESPONSE

| _UNT, JAMES | 114474 | 1707-231-005 | SUWANNEE C.I. ANNEX | I1142S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has been received, reviewed & evaluated.

Investigation into your grievance reveals the following:

The response received on informal grievance log#230-1706-0213, adequately address your concerns.

NOTE: Based upon FAC 33-103.014(1) (r) which states in part: Inmates may file on issues which affect them personally.  The issue grieved does not affect you personally

Based on the foregoing your grievance has been denied.

You may obtain further administrative review of your complaint by obtaining form DC1-303.  Request for Administrative Review or Appeal, Completing the form, providing attachments as required by 33-103.007(3)(a) and (b), F.A.C. and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun, Tallahassee, Fl. 32399-2500, within Fifteen(15) days from date of this response.

MAILED 7/14/17

| | | |
|---|---|---|
| A. PHILLIPS GRIEVANCE OFFICER | J. Taylor | 7/14/17 |
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

Cop
sec

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden  ☑ Assistant Warden  ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| LUNT | JAMES | D | 114474 | Suwannee Annex |
|------|-------|---|--------|----------------|
| Last | First | Middle Initial | DC Number | Institution |

Part A – Inmate Grievance # 230-1706-0213 (Attached)

Appeal of Informal Grievance Log # 230-1706-0213 (Attached)
Grievant Grieves The Fact: The log number logging said informal grievance depicts the Number #230 which is the Number for Suwannee Main Unit Not Suwannee Annex. Said informal Grievance concerns the "Post Relief Factor" and Staff Shortage of Certified Officers here at Suwannee Annex as well as the "entire Fla. Dept. of Corr's" as an entirety throughout the entire Fla. Dept. of Corr's Prisons state wide. Furthermore the response recieved back to said informal grievance log # 230-1706-0213 states "on 6/20/17 this date the shift was fully Staffed for (12) hours all post positions were covered and manned ..." Review of the compound's cameras showing "I" dorms doors to the building will show the number of officers entering the building as well as leaving the building, there-fore leaving the entire dorm to be manned by (1) one officer. This is done on a regular bases here at Suwannee C.I. Annex on "all" shifts daily. Right now all this morning 6/30/17 since 8:00 AM count cleared only (1) officer Alston has been manning "I" dorm alone. Review of the compound's cameras will show the number of officers entering/leaving the dorm. And at 12:00 PM count Officer Sistrunk who is security 9 Alfa or Bravo had to come assist Officer Alston count, then Officer Sistrunk left the dorm leaving Officer Sistrunk to man the entire dorm alone. Again the issue that grievant is grieving is the fact Suwannee C.I. Annex and the Fla. Dept. of Corr's in its entirety is way to under staffed when it comes to the amount of prisoners its staff members are in charge of overseeing. Fla. Stat. ch. 33 – and F.A.C. mandates a specific Number of prisoners are to be observed/overseed by (1) officer, and that a specific Number of Certified Officers are mandated to secure the mandated Post Positions and Post Relief Factor set forth for each institution state wide and Suwannee C.I. Annex. and the entire Fla. Dept. of Corr's is violating these rules, and laws by their being far to under staffed state wide.
Cont. PG. 2 (See Attached)

| 6/30/2017 | PG. 1 of 3 | James Lunt #114474 |
|-----------|------------|---------------------|
| DATE | | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

NO 1

1767-231--005

#     Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

RECEIVED

JUN 30 2017

INMATE PROGRAMS
SUWANNE CORRECTIONAL INST.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____ Institutional Mailing Log #: _____

OSW

(Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE | |
|---------------|----------------------|----------------|---|
| | INSTITUTION/FACILITY | INMATE | SEE ATTACHED |
| | INMATE (2 Copies) | INMATE'S FILE - INSTITUTION/FACILITY | RESPONSE |
| | INMATE'S FILE | CENTRAL OFFICE INMATE FILE | 14/14 |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE GRIEVANCE FILE | |

DC1-303 (Effective 11/13)    Incorporated by Reference in Rule 33-103.006, F.A.C.

GRIEVANCE CONTINUATION

[ ] INFORMAL [✓] FORMAL

NAME: _Lunt_ _James_ _D_
LAST NAME    FIRST    MID.INT.

DATE: 6 , 30 , 2017

D.C.# 114474

Transfer the Number of prisoners that are over the Number of Certified officers Suwannee C.I. Annex has listed on its duty roster and actually here working each shift, to the amount of prisoners state law mandates there to be per shift ;

Take any and all steps deemed Necessary to ensure this Shortage of Staff (certified Officers) Violation is corrected so that the number of Certified Officers meet the Number Suwannee Annex requires per post positions and the post relief factor, and the number of prisoners that are here on Suwannee C.I. Annex compound.

_James Lunt #114474_
SIGNATURE & D.C.#

PAGE NUMBER: 2 ? 3

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

Mail Number: _____
Team Number: _____
Institution: _Suwannee Annex_

| TO: (Check One) | ☐ Warden  ☑ Asst. Warden | ☐ Classification  ☐ Security | ☐ Medical  ☐ Mental Health | ☐ Dental  ☐ Other _____ |
|---|---|---|---|---|

| FROM: | Inmate Name Lunt James | DC Number 114474 | Quarters F 1142 S | Job Assignment H/M | Date 6/20/17 |
|---|---|---|---|---|---|

**REQUEST**                     Check here if this is an informal grievance ☑

Grievant Grieves The Fact; The Fla. Dept. of Corr's. and Suwannee C.I. Annex is so short of Staff that every Night once 10:00 P.M. Master Count is Cleared, One of the two officers leaves the dorm altogether; therefore, leaving only one officer to observe and man the entire dorm by theirself. This is a clear violation of Ch. 33- and F.A.C. Post Relief Factor. Suwannee C.I. Annex is far to under-staffed and there is No way the limited amount of staff that is here can run this prison under Normal operations. Nor is the Normal post positions being manned as F.S., Ch. 33, and F.A.C. mandates post positions to be manned. Relief Sought - Transfer the amount of prisoners Needed to meet the Number of Staff (certified) officers that are on the duty roster; Take all steps Necessary to ensure all post positions are fully manned as state law requires.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): James Lunt    DC#: 114474

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE** 230-1706-0213          DATE RECEIVED:

**RECEIVED**
JUN 2 2 2017
ASSISTANT WARDEN - PROGRAMS
SUWANNEE CORRECTIONAL INSTITUTION

ON 6/20/17 this date the shift was fully staffed for hours. All post positions were covered and manned. So at No time was the dorm not secure. Safety is a priority and first for the entire institution. This is grievance is denied

[The following pertains to informal grievances only:
Based on the above information, your grievance is _denied_. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): V Smith | Official (Signature): CSmit | Date: 6/28/17 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)
Incorporated by Reference in Rule 33-103.005, F.A.C.

**PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)**

RETURN TO:

| LUNT, JAMES | 114474 | 17-6-30422 | SUWANNEE C.I. ANNEX | I1142S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

09H (TIME FRAMES      (GRV PROC))

Grievances Responded To IN A Timely Manner.

| 7/17/17 | 17-6-30422 |
|---|---|
| DATE | GRIEVANCE LOG NUMBER |

Informal Grievance Log # 231-1705-0211

Formal Grievance Log # 1706-231-086

Appeal To Secretary, F.D.O.C. Log # 17-6-30422

E-DIFILED
AGENCY CLERK

AUG 09 2017

Department of Corrections
Bureau of Inmate Grievance Appeals

## PART B - RESPONSE

| LUNT, JAMES | 114474 | 17-6-30422 | SUWANNEE C.I. ANNEX | I1142S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been reviewed and evaluated. The response that you received at the institutional level has been reviewed and is found to appropriately address the concerns that you raised at the institutional level as well as the Central Office level.

Your administrative appeal is denied.

J. Adams

| | | |
|---|---|---|
| _____ | _J. Adams_ (signature) | 8/3/17 |
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

FLORIDA DEPARTMENT OF CORRECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

*MAILED/FILED WITH AGENCY CLERK*
*JUL 21 2017*
*Department of Corrections*
*Bureau of Inmate Grievance Appeals*

| LUNT | JAMES | D | 114474 | SUWANNEE C.I. ANNEX |
|------|-------|---|--------|---------------------|
| Last | First | Middle Initial | DC Number | Institution |

M16-30422

**Part A – Inmate Grievance**

Appeal of Formal Grievance Log # 1706-231-086 (See Attache). Grievant Grieves The Fact: The grievance procedure here at Suwannee C.I. Annex is in violation of Not following Ch. 33-"Time Frames For Responding To Grievances". Staff responding to grievances filed by grievant and other prisoners here are in violation of deliberately withhold the answered grievance and Not returing it to grievant/prisoners until the time for filing an appeal has past, this way grievant/prisoners are unable to be in compliance with Ch. 33- Time Frams For Filing Grievance Appeals". Thus, staff are in violation of their deliberately obstructing grievants/prisoners access of their good faith use of the grievance process. Review of grievants grievance responses will reflect this violation is/has been occurring here at Suwannee C.I. Annex.

Relief Sought:
Re-address the issue grieved in INFORMAL GRIEVALE Log # 231-1705-0211;
Provide the relief Sought in INFORMAL GRIEVANCE Log # 231-1705-0211;
Ensure that Copies of the Grievance are provided/completely when returned to grievant; Take any and all steps this office deems Necessary to ensure that the grievance process is adhered to in its entirely.

Thank You.

PG. 1 of 5

| 7/16/17 | James Lunt #114474 |
|---------|---------------------|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

NO,

Qh   # 1706   Signature
231-086   230

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must provide a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

RECEIVED
JUL 17 2017

ASSISTANT WARDEN-PROGRAM'S
SUWANNEE CORRECTIONAL INST.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____   Institutional Mailing Log #: _____   _____
                                                                                              (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---------------|----------------------|----------------|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)                 Incorporated by Reference in Rule 33-103.006, F.A.C.

## PART B - RESPONSE

| LUNT, JAMES | 114474 | 1706-231-086 | SUWANNEE C.I. ANNEX | I1142S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has been received, reviewed & evaluated.

Investigation into your grievance reveals the following:

The response received on informal grievance log#231-1705-0211, adequately address your concerns. Grievances are processed per Chapter 33. If you did not receive your response back in a timely manner it was an isolated incident.

Based on the foregoing your grievance has been denied.

You may obtain further administrative review of your complaint by obtaining form DC1-303.  Request for Administrative Review or Appeal, Completing the form, providing attachments as required by 33-103.007(3)(a) and (b), F.A.C. and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun, Tallahassee, Fl. 32399-2500, within Fifteen(15) days from date of this response.

MAILED 7/10/17

| | | |
|---|---|---|
| A. PHILLIPS GRIEVANCE OFFICER | F. MOCK ASSISTANT WARDEN | 7/10/17 |
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

Appeal To Secretary:      7/16/17

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden  ☑ Assistant Warden  ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Lunt | James | D | 114474 | Suwannee Annex |
|------|-------|---|--------|----------------|
| Last | First | Middle Initial | DC Number | Institution |

---

**Part A – Inmate Grievance**

Appeal of Informal Grievance Log # 231-1705-0211 (Attached)

Grievant Grieves the Fact: The response received back to said informal grievance does not remedy Nor correct the issue grieved. Take for example the date in which said informal grievance was answered 6/6/17, yet grievant did Not recieve said informal back until 6/19/17, a perfect example of what grievant is grieving concerning the grievance process being willfully obstructed here at Suwannee C.I. Annex inorder to delibertely hinder grievant/prisoners from being in compliance with the Ch.33- & F.A.C. grievance rules.

Relief Sought:

Re-address the issue grieved in informal grievance log #231-1705-0211 (Attached)

Provide the relief Sought in informal grievance log #231-1705-0211 (Attached)

Take all steps you may feel are Necessary to ensure this matter is corrected.

Thank You.

PG. 1 of 3

| 6/19/17 | James Lunt # 114474 |
|---------|---------------------|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

---

***BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

1706-231-086

No 1

| # | Signature |

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**RECEIVED**

JUN 21 2017

ASSIGNED TO DEPT./BUREAU
SUWANNEE CORRECTION...

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____  Institutional Mailing Log #: _____  _____ (Received By)

DISTRIBUTION: INSTITUTION/FACILITY        CENTRAL OFFICE
                INMATE (2 Copies)          INMATE
                INMATE'S FILE              INMATE'S FILE - INSTITUTION/FACILITY
                INSTITUTIONAL GRIEVANCE FILE   CENTRAL OFFICE INMATE FILE
                                          CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)        Incorporated by Reference in Rule 33-103.006, F.A.C.

SEE ATTACHED
RESPONSE

10/10

09c
Philli

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Mail Number: _____
Team Number: _____
Institution: Suwannee Annex

**.TE REQUEST**

Grievance Coordinator

**.O:** (Check One)

☐ Warden
☐ Asst. Warden
☐ Classification
☐ Security
☐ Medical
☐ Mental Health
☐ Dental
☑ Other

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Lunt James | 114474 | I 1142 S | H/M | 5/30/17 |

**REQUEST**                                    Check here if this is an informal grievance ☑

Grievant Grieves The Fact: The Dept. of Corr's & Suwannee Corr. Annex Staff deliberetly hinder
grievant/prisoners access to the grievance process by their willfully obstructing grievant/
prisoners good faith use of and participation in the grievance process. Dept. of Corr's staff
hinder and obstruct the filing of grievances by their Knowingly and willfully holding on to
grievance responses well after the time grievant/prisoners have to file an appeal to said
grievance — this deliberet action by the hands of Dept. staff cause grievances to be out
of compliance (untimely) Per Ch. 33-103. and unable to continue forth with their
grievable issue. The administrators responding to and returning grievances intentionally
hold on to said responses until well after the time for appealing the response has
already passed! Whenever this takes place and the grievant/prisoner tries to
get the dorm officer that passed out the mail returning said grievances to sign the
returned grievance stating it was recieved by grievant/prisoner well after the

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview. All
informal grievances will be responded to in writing.                PG 1 of 2. cont.

Inmate (Signature): _____                DC#: _____

**RECEIVED**

MAY 31 2017

ASSISTANT WARDEN - PROGRAMS
SUWANNEE CORRECTIONAL INSTITUTION

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**  231-1705-0211                DATE RECEIVED: _____

Grievances are processed per Chapter 33.
If you did not recieve your response back in a timely
manner, it was an isolated incident.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is ~~Returned~~, Denied, ~~or Approved~~. If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.005, F.A.C.

| Official (Print Name): | A. PHILLIPS | Official (Signature): | | Date: 6/6/17 |
|---|---|---|---|---|
| | GRIEVANCE OFFICER | | | |

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as
required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no
later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

# ONTINUATION INFORMAL GRIEVANCE

time allowed to appeal has passed and date it, yet staff refuse to do
so saying they arnt allowed to. Therefore, grievant/prisoners have no leg
to stand on when they go ahead and file their grievance appeal anyway,
their doing so results in the grievance being denied with the response stating
" Your request for administrative appeal has been received in NON-compliance with Chapter
33, "Appeals must be received in the office of the Secretary within 15 calender days of
the institutions response". Based on the above information, your appeal is returned without
action". Review of grievants past grievance responses will reflect this occurrance
taking place numerous times.

Relief Sought:
Put an end to staff withholding and returning grievance responses so that
grievant/prisoners will not/can not be in compliance with Ch. 33-103. time
frams for appealing responses;
Take any and all steps deemed necessary to ensure this pratice by staff
is ended;
Allow dorm officers when passing out mail returning said grievances to grievant/
prisoners to sign/date the grievances being returned well out of compliance
with time frams for appealing grievance responses as proof grievant/
prisoner received returned grievance response out of time to appeal it.

Thank You.

Date: 5/29/17                                    James Lunt #114474

PG. 2 of 2

ILED/FILED
AGENCY CLERK

AUG 0 9 2017

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| LUNT, JAMES | 114474 | 17-6-30422 | SUWANNEE C.I. ANNEX | I1142S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been reviewed and evaluated. The response that you received at the institutional level has been reviewed and is found to appropriately address the concerns that you raised at the institutional level as well as the Central Office level.

Your administrative appeal is denied.

J. Adams

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

*J. Adams*   8/3/17

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden  ☐ Assistant Warden  ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| LUNT | JAMES | D | 114474 | Suwannee C.I. Annex |
|------|-------|---|--------|---------------------|
| Last | First | Middle Initial | DC Number | Institution |

JUL 21 2017

M16-30422

---

**Part A – Inmate Grievance**

Appeal of Formal Grievance Log # 1706-231-___086 (See Attached). Grievant Grieves The Fact: The grievance procedure here at Suwannee C.I. Annex is in violation of Not following Ch. 33 "Time Frames For Responding To Grievances". Staff responding to grievances filed by grievant and other prisoners here are in violation of deliberately withhold the answered grievance and Not returing it to grievant/prisoners until the time for filing an appeal has past, this way grievant/prisoners are unable to be in compliance with Ch. 33 - Time Frams For Filing Grievance Appeals". Thus, staff are in violation of their deliberately obstructing grievants/prisoners access of their good faith use of the grievance process. Review of grievants grievance responses will reflect this violation is/has been occurring here at Suwannee C.I. Annex.

Relief Sought:

Re-address the issue grieved in INFORMAL GRIEVANCE LOG # 231-1705-0211;

Provide the relief sought in INFORMAL GRIEVANCE LOG # 231-1705-0211;

Ensure that Copies of the Grievance are provided/completely when returned to grievant; Take any and all steps this office deems Necessary to ensure that the grievance process is athered to in its entirely.

Thank You.

PG. 1 of 5

| 7/16/17 | James Lunt #114474 |
|---------|---------------------|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

---

***BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

NO 1
# 1706-
231-086    Signature    230
gh

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

RECEIVED
JUL 17 2017
SUWANNEE WARDEN - PROGRAM'S
ALT-MAGE CORRECTIONAL INST.

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: _____ Institutional Mailing Log #:_____ _____

(Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---------------|----------------------|----------------|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)                    Incorporated by Reference in Rule 33-103.006, F.A.C.

**PART B - RESPONSE**

| LUNT, JAMES | 114474 | 1706-231-086 | SUWANNEE C.I. ANNEX | I1142S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has been received, reviewed & evaluated.

Investigation into your grievance reveals the following:

The response received on informal grievance log#231-1705-0211, adequately address your concerns. Grievances are processed per Chapter 33. If you did not receive your response back in a timely manner it was an isolated incident.

Based on the foregoing your grievance has been denied.

You may obtain further administrative review of your complaint by obtaining form DC1-303. Request for Administrative Review or Appeal, Completing the form, providing attachments as required by 33-103.007(3)(a) and (b), F.A.C. and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun, Tallahassee, Fl. 32399-2500, within Fifteen(15) days from date of this response.

MAILED 7/10/17

| | | |
|---|---|---|
| A. PHILLIPS GRIEVANCE OFFICER | F. MOCK ASSISTANT WARDEN | 7/10/17 |
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☑ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Lunt   James   D | 114474 | Suwannee Annex |
|---|---|---|
| Last   First   Middle Initial | DC Number | Institution |

Part A – Inmate Grievance

Appeal of Informal Grievance Log # 231-1705-0211 (Attached)

Grievant Grieves the Fact: The response received back to said informal grievance does Not remedy Nor correct the issue grieved. Take for example the date in which said informal grievance was answered 6/6/17, yet grievant did Not recieve said informal back until 6/19/17, a perfect example of what grievant is grieving concerning the grievance process being willfully obstructed here at Suwannee C.I. Annex inorder to delibertely hinder grievant/prisoners from being in compliance with the Ch.33-§ F.A.C. grievance rules.

Relief Sought:

Re-address the issue grieved in informal grievance log # 231-1705-0211 (Attached)

Provide the relief sought in informal grievance log # 231-1705-0211 (Attached)

Take all steps you may feel are Necessary to ensure this matter is corrected.

Thank You.

PG. 1 of 3

| 6/19/17 | James Lunt # 114474 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:

1706-231-086

NO 1

| # | Signature |
|---|---|

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled to Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**RECEIVED**

**JUN 21 2017**

ASSIGNED TO CENTRAL GRAMS
SUWANNEE CORRECTION' ".

Receipt for Appeals Being Forwarded to Central Office

Inmate on: _____   Institutional Mailing Log #: _____   (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

Incorporated by Reference in Rule 33-103.006, F.A.C.

09C
Phillips

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

**LATE REQUEST**

Grievance Coordanitor

Mail Number: _____
Team Number: _____
Institution: Suwannee Annex

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☑ Other _____ |
|---|---|---|---|---|

| FROM: | Inmate Name Lunt James | DC Number 114474 | Quarters I1142 S | Job Assignment H/M | Date 5/30/17 |
|---|---|---|---|---|---|

**REQUEST**                              Check here if this is an informal grievance ☑

Grievant Grieves The Fact: The Dept. of Corr's & Suwannee Corr. Annex staff deliberetly hinder grievant/prisoners access to the grievance process by their willfully obstructing grievant/prisoners good faith use of and participation in the grievance process. Dept. of Corr's staff hinder and obstruct the filing of grievances by their knowingly and willfully holding on to grievance responses well after the time grievant/prisoners have to file an appeal to said grievance - this deliberet action by the hands of Dept. staff cause grievances to be out of compliance (untimely) per Ch. 33-103 and unable to continue forth with their grievable issue. The administrators responding to and returning grievances intentionally hold on to said responses until well after the time for appealing the response has already passed. Whenever this takes place and the grievant/prisoner tries to get the dorm officer that passed out the mail returning said grievances to sign the returned grievance stating it was recieved by grievant/prisoner well after the

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview. All informal grievances will be responded to in writing.      PG 1 of 2. Cont.

| Inmate (Signature): | DC#: |
|---|---|

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**  231-1705-0211

**DATE RECEIVED:** _____

**RECEIVED**
MAY 31 2017
ASSISTANT WARDEN - PROGRAMS
SUWANNEE CORRECTIONAL INSTITUTION

Grievances are processed per Chapter 33. If you did not recieve your response back in a timely manner, it was ☒ an isolated incident.

[The following pertains to informal grievances only.]
Based on the above information, your grievance is _____ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): A. PHILLIPS GRIEVANCE OFFICER | Official (Signature): | Date: 6/6/17 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

# CONTINUATION INFORMAL GRIEVANCE

time allowed to appeal has passed and date it, yet staff refuse to do so saying they arn't allowed to. Therefore, grievant/prisoners have no leg to stand on when they go ahead and file their grievance appeal anyway, their doing so results in the grievance being denied with the response stating " Your request for administrative appeal has been received in Non-Compliance with Chapter 33, "Appeals must be received in the Office of the Secretary within 15 calender days of the institutions response". Based on the above information, your appeal is returned without action ". Review of grievants past grievance responses will reflect this occurrance taking place Numerous times.

Relief Sought:
Put an end to staff withholding and returning grievance responses so that grievant/prisoners will not/can not be in compliance with Ch. 33-103. time frams for appealing responses;
Take any and all steps deemed Necessary to ensure this pratice by staff is ended;
Allow dorm officers when passing out mail returning said grievances to grievant/prisoners to sign/date the grievances being returned well out of compliance with time frams for appealing grievance responses as proof grievant/prisoner received returned grievance response out of time to appeal it.

Thank You.

Date: 5/29/17

James Lunt #114474

PG. 2 of 2

**PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)**

RETURN TO:

| LUNT, JAMES | 114474 | 17-6-07458 | SUWANNEE C.I. ANNEX | I1142S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

06E (SECURITY MATTERS   (INST OPER))

5HORT OF STAFF

| 2/13/17 | 17-6-07458 |
|---|---|
| DATE | GRIEVANCE LOG NUMBER |

INformal Grievance Log # 231-1701-0175     Dated: 1/21/17

Formal Grievance Log #1702-231-012     Dated: 2/2/17

Appeal To Secretary, F.D.o.c. Log # 17-6-07458   Dated: 2/13/17

MAILED/FILED
WITH AGENCY CLERK

MAR 0 1 2017

Department of Corrections
Bureau of Inmate Grievance Appeals

## PART B - RESPONSE

| LUNT, JAMES | 114474 | 17-6-07458 | SUWANNEE C.I. ANNEX | I1142S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been reviewed and evaluated. The response that you received at the institutional level has been reviewed and is found to appropriately address the concerns that you raised at the institutional level as well as the Central Office level.

Furthermore, your allegations are vague. You should be specific in regards to "hostile environment" and "hostile living conditions".

Your administrative appeal is denied.

J. Adams

SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST.
WARDEN, OR SECRETARY'S
REPRESENTATIVE

2/24/17
DATE

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

FLORIDA DEPARTMENT OF CORRECTIONS

RECEIVED
FEB 1 7 2017
Department of Corrections
Inmate Grievance Appeals

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden    ☐ Assistant Warden    ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| LUNT | JAMES | D | 114474 | Suwannee Annex #231 |
|------|-------|---|--------|---------------------|
| Last | First | Middle Initial | DC Number | Institution |

17-6-07458

**Part A – Inmate Grievance**

Appeal To Formal Grievance Log #1702-231-012 (See Attached)

Grievant Grieves The Fact: The Response recieved back to attached Formal Grievance does Not remedy the issue grieved in the body of Informal Grievance Log #231-1701-0175 (See Attached) Nor the response recieved back to Formal Grievance Log #1702-231-012 (see Attached) Neither responses does Nothing to correct the violations occurring in said Informal Grievance Log #231-1701-0175(see Attached)

Relief Sought:

Re-Address the issue grieved in said Informal Grievance Log #231-1701-0175 (See Attached).

Grant the Relief grievant Sought in Said Informal Grievance Log #231-1701-0175 (See Attached)

Respond to and answer this Grievance Appeal in accordance with Ch. 33-F.A.C. time frames.

CC: Personal.

| 2/13/17 | PG. 1 of 5 | James Lunt 114474 |
|---------|------------|-------------------|
| DATE | | SIGNATURE OF GRIEVANT AND D.C. # |

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:

231-17-129    6e    No 1    Signature
                     #1702-231-012    230

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

RECEIVED
FEB 1 3 2017
ASSISTANT WARDEN-PROGRAMS
SUWANNEE CORRECTIONAL INST.

Submitted by the inmate on _____ (Date)

Receipt for Appeals Being Forwarded to Central Office

Institutional Mailing Log #:_____

(Received By)

DISTRIBUTION: INSTITUTION/FACILITY          CENTRAL OFFICE
                    INMATE (2 Copies)              INMATE
                    INMATE'S FILE                  INMATE'S FILE - INSTITUTION/FACILITY
                    INSTITUTIONAL GRIEVANCE FILE   CENTRAL OFFICE INMATE FILE
                                                   CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

**PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)**

RETURN TO:

| LUNT, JAMES | 114474 | 1702-231-012 | SUWANNEE C.I. ANNEX | I1144S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

06E (SECURITY MATTERS  (INST OPER))

SHORT OF STAFF

| 2/2/17 | 1702-231-012 |
|---|---|
| DATE | FORMAL GRIEVANCE LOG NUMBER |

**PART B - RESPONSE**

| LUNT, JAMES | 114474 | 1702-231-012 | SUWANNEE C.I. ANNEX | I1144S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has been received, reviewed & evaluated.

Investigation into your grievance reveals the following:

The response received on informal grievance log#231-1701-0175, adequately address your concerns.

Based on the foregoing your grievance has been denied.

You may obtain further administrative review of your complaint by obtaining form DC1-303.  Request for Administrative Review or Appeal, Completing the form, providing attachments as required by 33-103.007(3)(a) and (b), F.A.C. and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun, Tallahassee, Fl. 32399-2500, within Fifteen(15) days from date of this response.

MAILED 2|6|17

| | | |
|---|---|---|
| A. PHILLIPS GRIEVANCE OFFICER | F. MOCK ASSISTANT WARDEN | 2|4|17 |
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ **Warden**  ☐ **Assistant Warden**  ☐ **Secretary, Florida Department of Corrections**

From or IF Alleging Sexual Abuse, on the behalf of:

| Lunt | James | D | 114474 | Suwannee Annex #231 |
|------|-------|---|--------|---------------------|
| Last | First | Middle Initial | DC Number | Institution |

**Part A – Inmate Grievance**

Appeal of Informal Grievance Log #231-1701-0175 (See Attached)

Grievant Grieves The Fact the response received back to Informal Grievance Log #231-1701-0175 (Attached) does not remedy the issue grieved in the body of said Informal Grievance, Nor does it correct the violation(s) occurring said Informal Grievance addresses.

Relief Sought:

Re-Address the issue grieved in said Informal Grievance Log # 231-1701-0175 (See Attached)

Grant the relief grievant Sought in said Informal Grievance Log # 231-1701-0175 (See Attached).-

Respond to and answer this Formal Grievance in accordance with Ch. 33-F.A.C. time frames.

CC: Personal

| 2/2/17 | PG. 1 of 3 | James Lunt #114474 |
|--------|-----------|---------------------|
| DATE | | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**  1702-231-012    No1    _____
                                                                                                    #        Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

RECEIVED

FEB 02 2017

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____  Institutional Mailing Log #: _____

(Date)

_____ (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---------------|----------------------|----------------|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

SEE ATTACHED RESPONSE

DC1-303 (Effective 11/13)    Incorporated by Reference in Rule 33-103.006, F.A.C.

# INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Mail Number: _____
Team Number: _____
Institution: _#231_

**TO:** (Check One)
- [ ] Warden
- [✓] Asst. Warden
- [ ] Classification
- [ ] Security
- [ ] Medical
- [ ] Mental Health
- [ ] Dental
- [ ] Other _____

**FROM:**

| Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|
| LUNT  JAMES | 114474 | I 1144 S | H/M | 1/21/17 |

## REQUEST

Check here if this is an informal grievance [✓]

Grievant Grieves The Fact = Suwannee C.I. Annex and the Fla. Dept. of Corr's. is in violation of Ch. 33- "Relief Factor For Staffing Security Posts" by being # 40 officers short which are needed in order to meet the requirements to man approved security posts here at Suwannee C.I. Officers are working excess of 90 hrs. a week just in "overtime" alone thus causing them to come to work tired, cranky, aggervated, and angery. This in turn causes them to come to work causing them a hostile work environment for all the officers, as well as a hostile living condition for prisoners. Uncertified Officers (TEA) are being left alone/assigned security posts to work that only certified officers are to be assigned to man/work. Security Logs-post position logs, duty rosters, etc. are being falsified and lied on to make it appear as if said logs, post positions and duty rosters are in order as they are required to be, and that said post positions are being manned by certified officers as the law requires-when in fact they are not. This sort of staffing is known of and called a "Ghosting" and is a direct violation of Ch. 33- "Falsification of forms or records." The fact officers are working an excess of over 100 hrs.

All requests will be handled in one of the following ways:  1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.    PG. 1 of 2. Cont-

| Inmate (Signature): | DC#: |
|---|---|

---

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE  231-1701-0175

RECEIVED

DATE RECEIVED:  JAN 2 3 2017

Inmate Lunt, The staffing level at this institution is determined by the legislature. Due to vacancies there is a critical staffing situation that requires officers to work overtime to meet the critical staffing level. Your allegations of staff misconduct due to working overtime cannott be substantiated.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is __Denied__. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): Worrell | Official (Signature): | Date: 1/28/17 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

Continuation of Informal Grievance
To: Asst. Warden
Date: 1/21/17

a week causes them to preform in a "Substandard Quality and or Quantity of work by their loafing, sleeping on the job, intentionally dragging out counts so that officers can use that time as a break (naptime), intentionally taking an extra long time to feed lunch/dinner meals so that yard does not have to be run, thus, deliberetly interfering with the "Normal opperations" and running of the entire institution, education chaple, Medical Call-outs, etc. .

Relief Sought:

Provide the proper number of Certified Officers needed that is required to meet the Relief Factor for Staffing Security Posts here at Suwannee C.I. Annex Mandated by Ch. 33 - F.A.C. ;

Stop allowing officers to work excessive over time so it does not effect their job performance; and if the proper Number of certified Officers can not be aquired/met to meet the Relief Factor for Staffing Security Posts here at Suwannee C.I., then transfer the Necessary amount of prisoners it would take to equal the amount of Certified Officers Suwannee C.I does have on it's official duty roster and ;

Take any and all other steps deemed necessary inorder to correct this under Staffed - Relief Factor for Staffing Security Posts violation that are occurring here as well as the effects it is causing the Officers that are working (over worked) here at Suwannee C.I. .

CC: Personal                          James Lunt #114474

PG. 2 of 2.

**PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)**

RETURN TO:

| **LUNT, JAMES** | **114474** | **17-6-07458** | **SUWANNEE C.I. ANNEX** | **I1142S** |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

06E (SECURITY MATTERS   (INST OPER))

5HORT OF STAFF

| **2/13/17** | **17-6-07458** |
|---|---|
| DATE | GRIEVANCE LOG NUMBER |

Informal Grievance Log # 231-1701-0175    Dated. 1/21/17

Formal Grievance Log # 1702-231-012    Dated: 2/2/17

Appeal To Secretary, F.D.o.c. Log # 17-6-07458   Dated: 2/13/17

MAILED/FILED
WITH AGENCY CLERK

MAR 0 1 2017

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| LUNT, JAMES | 114474 | 17-6-07458 | SUWANNEE C.I. ANNEX | I1142S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been reviewed and evaluated. The response that you received at the institutional level has been reviewed and is found to appropriately address the concerns that you raised at the institutional level as well as the Central Office level.

Furthermore, your allegations are vague. You should be specific in regards to "hostile environment" and "hostile living conditions".

Your administrative appeal is denied.

J. Adams

_____
SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST.
WARDEN, OR SECRETARY'S
REPRESENTATIVE

2/24/17
DATE

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden      ☐ Assistant Warden      ☑ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse, on the behalf of:**

| Lunt  James  D | 114474 | Suwannee Annex #231 |
|---|---|---|
| Last   First   Middle Initial | DC Number | Institution |

17-6-07458

---

Appeal To Formal Grievance Log #      Part A – Inmate Grievance   1702-231-012      (See Attached)

Grievant Grieves The Fact: The response recieved back to said attached Formal Grievance does not remedy the issue grieved in the body of Informal Grievance Log #231-1701-0175      (See Attached), nor the response recieved back to Formal Grievance Log #1702-231-012   (See Attached) Neither responses does Nothing to correct the vilations occuring in said Informal Grievance Log#231-1701-0175 (See Attached).

Relief Sought:

Re-Address the issue grieved in said Informal Grievance Log#231-1701-0175 (See Attached);

Grant the Relief grievant Sought in Said Informal Grievance Log#231-1701-0175 (See Attached);

Respond to and answer this Grievance Appeal in accordance with Ch. 33- F.A.C. time frames.

CC: Personal.

---

| 2/13/17 | | James Lunt 114474 |
|---|---|---|
| DATE | PG. 1 of | SIGNATURE OF GRIEVANT AND D.C. # |

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**      NO 1

231-17-129   Ce   #1702-231-0-12   230

INSTRUCTIONS      Signature

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____      Institutional Mailing Log #: _____      _____

(Date)                                                                                                                      (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)      Incorporated by Reference in Rule 33-103.006, F.A.C.

**PART B - RESPONSE**

| LUNT, JAMES | 114474 | 1702-231-012 | SUWANNEE C.I. ANNEX | I1144S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has been received, reviewed & evaluated.

Investigation into your grievance reveals the following:

The response received on informal grievance log#231-1701-0175, adequately address your concerns.

Based on the foregoing your grievance has been denied.

You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Review or Appeal, Completing the form, providing attachments as required by 33-103.007(3)(a) and (b), F.A.C. and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun, Tallahassee, Fl. 32399-2500, within Fifteen(15) days from date of this response.

MAILED 2|6|17

| | | |
|---|---|---|
| A. PHILLIPS GRIEVANCE OFFICER | F. MOCK ASSISTANT WARDEN | 2 4 17 |
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

FLORIDA ........ ...TIONS
REQUEST FOR ADMINISTRATIVE REM. OY OR APPEAL

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden    ☐ Assistant Warden    ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Lunt | James | D | 114474 | Suwannee Annex #231 |
|------|-------|---|--------|---------------------|
| Last | First | Middle Initial | DC Number | Institution |

Part A - Inmate Grievance

Appeal of Informal Grievance Log #231-1701-0175 (See Attached)
Grievant Grieves The Fact the response received back to Informal Grievance Log #231-1701-0175 (Attached) does not remedy the issue grieved in the body of said Informal Grievance, Nor does it correct the violations occurring said Informal Grievance addresses.

Relief Sought:
Re-Address the issue grieved in said Informal Grievance Log # 231-1701-0175 (see Attached)
Grant the relief grievant Sought in said Informal Grievance Log # 231-1701-0175 (see Attached).
Respond to and answer this Formal Grievance in accordance with Ch. 33-F.A.C. time frames.

CC: Personal

| 2/2/17 | P.G. 1 of 3 | James Lunt #114474 |
|--------|-------------|--------------------|
| DATE | | SIGNATURE OF GRIEVANT AND D.C. # |

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:

1702-231-012

# No1 _____ Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

RECEIVED
FEB 02 2017
....... ...... -PROGRAMS
...........

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____    Institutional Mailing Log #: _____

(Received By)

DISTRIBUTION:

| INSTITUTION/FACILITY | CENTRAL OFFICE |
|----------------------|----------------|
| INMATE (2 Copies) | INMATE |
| INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | CENTRAL OFFICE GRIEVANCE FILE |

SEE ATTACHED RESPONSE

DC1-303 (Effective 11/13)    Incorporated by Reference in Rule 33-103.006, F.A.C.

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

# INMATE REQUEST

Team Number: _____

Institution: #231

| TO: (Check One) | ☐ Warden   ☑ Asst. Warden | ☐ Classification   ☐ Security | ☐ Medical   ☐ Mental Health | ☐ Dental   ☐ Other _____ |
|---|---|---|---|---|

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Lunt James | 114474 | I 1144 S | H/M | 1/21/17 |

## REQUEST

Check here if this is an informal grievance ☑

Grievant Grieves The Fact: Suwannee C.I. Annex and the Fla Dept of Corr's is in violation of ch. 33 - "Relief Factor For Staffing Security Posts" by being # 40 officers short which are needed in order to meet the requirements to Man approved Security posts here at Suwannee C.I. officers are working excess of 90 hrs. a week just in "overtime" alone thus causing them to come to work tired cranky aggervated, and angery. This in turn causes them to come to work causing a hostile work environment for all the officers, as well as a hostile living condition for prisoners. Uncertified Officers (TEA) are being left alone/assigned Security posts to work that only certified officers are to be assigned to man/work. Security Logs-post position logs duty rosters etc. are being falsified and lied on to make it appear as if said logs, post positions and duty rosters are in order as they are required to be, and that said post positions are being manned by certified officers as the law requires-when in fact they are not. This sort of Staffing is Known of and called "Ghosting" and is a direct violation of ch. 33 - "Falsification of forms or records" The fact officers are working an excess of over 100 hrs.

All requests will be handled in one of the following ways: 1) Written Information or   2) Personal Interview. All informal grievances will be responded to in writing.   PG. 1 of 2, cont.

Inmate (Signature): _____

DC#: _____

---

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE   231-1701-0175

DATE RECEIVED: JAN 23 2017

Inmate Lunt, The staffing level at this institution is determined by the legislature. Due to vacancies there is a critical staffing situation that requires officers to work overtime to meet the critical staffing level. Your allegations of staff misconduct due to working overtime cannott be substantiated.

[The following pertains to informal grievances only;

Based on the above information, your grievance is _Denied_ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): Harrell | Official (Signature): _____ | Date: 1/28/17 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by completing form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

Continuation of Informal Grievance
To: Asst. Warden
Date: 1/21/17

a week causes them to preform in a "Substandard Quality and or Quantity of work" by their loafing, sleeping on the job, intentionally dragging out counts so that officers can use that time as a break (naptime), intentionally taking an extra long time to feed lunch/dinner meals so that yard does not have to be run, thus, deliberately interfering with the "Normal opperations" and running of the entire institution, education chaple, Medical Call-outs, etc. .

Relief Sought:
Provide the proper number of Certified Officers Needed that is required to meet the Relief Factor for Staffing Security Posts here at Suwannee C.I. Annex Mandated by Ch. 33 - F.A.C.;
Stop allowing officers to work excessive over time so it does not effect their job performance; and if the proper number of certified officers can not be aquired/met to meet the Relief Factor for Staffing Security Posts here at Suwannee C.I., then transfer the Necessary amount of prisoners it would take to equal the amount of Certified Officers Suwannee C.I does have on its official duty roster and;
Take any and all other steps deemed necessary inorder to correct this under Staffed - Relief Factor for Staffing Security Posts violation that are occurring here as well as the effects it is causing the Officers that are working (over worked) here at Suwannee C.I. .

CC: Personal                    James Lunt #114474

PG. 2 of 2.

## PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)

RETURN TO:

| LUNT, JAMES | 114474 | 17-6-40760 | SUWANNEE C.I. ANNEX | I1142S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

07 (MEDICAL)

Medical Passes.

| 9/26/17 | 17-6-40760 |
|---|---|
| DATE | GRIEVANCE LOG NUMBER |

Informal Grievance Log # 231-1708-0059

Formal Grievance Log # 1708-231-101

Appeal To Secretary, F.D.O.C. Log # 17-6-40760

| MAILED/FILED WITH AGENCY CLERK | PART B - RESPONSE | | |
|---|---|---|---|
| NOV 22 2017 | | | |

**LUNT, JAMES**

NAME ~~Department of Corrections~~ ~~Bureau of Inmate Grievance Appeals~~

| 17-6-40760 | SUWANNEE C.I. ANNEX | P41091 |
|---|---|---|
| GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

Your allegations against the health care staff are unfounded.

It is the responsibility of your health care staff to determine the appropriate treatment regimen for the condition you are experiencing, including passes.

It is determined that the response made to you by Dr. Vilchez on 9/7/2017 appropriately addresses the issues you presented.

Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Michelle Schouest, IISC

*Michelle Schouest*

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

*T. Bowden*

SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

11/13/17

DATE

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED

OCT 01 2017

Department of Corrections
Inmate Grievance Appeals

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden ☐ Assistant Warden ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Lunt | James | D | 114474 | Suwannee Annex |
|------|-------|---|--------|----------------|
| Last | First | Middle Initial | DC Number | Institution |

17-6-40760

**Part A – Inmate Grievance**

Appeal of Formal Grievance Log # 1708-231-101 (Attached)
Grievant Grieves the Fact: Neurologist and Gastroenterologists have recommended, ordered and prescribed specific medications, medical passes and medical procedures inorder to treat and help meet grievants specific medical Needs. Doctor Figueroa the institutional doctor refuses to honor and adhere to these specialists recommendations, orders, and prescriptions out of reprisal for grievant filing all the medical grievances he's filed against Suwannee C.I. medical dept (doctors) excluding Dr. Figueroa for the past (3) three years Now, for depriving grievant the known medical treatment, medications, medical passes medical procedures that has been medically recommended ordered and prescribed for grievant by specialists in the field of Neurology/Gastrology. This office is well aware of all the grievances grievant has filed. This office conducts a so called investigation yet responds to grievants grievances saying "You are being followed in Chronic Illness Clinic and all is well" This is HOGWASH grievant is not doing well at all but can Not get passed this entire F.d.o.C. Medical Staff/dept and last this Office to obtain the proper medical treatment, medications, medical passes medical procedures Outside specilists recommend, order and prescribe grievant. If this office can Not see to it grievant receives the afore listed relief sought in informal grievance Log# 231-1708-0059 (Attached) and in Formal Grievance Log# 1709-231-101, then grievant will have No other recourse but to seek an injunction be ordered/granted by the Court

Pg. 1 of 6

| 9/21/17 | James Lunt #114474 |
|---------|--------------------|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**  NO 1

# Signature
1709-231-101 230

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routing institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

SEP 26 2017
ASSISTANT WARDEN-PROGRAMS
SUWANEE CORRECTIONAL INSTITUTION

Submitted by the inmate on: _____   Institutional Mailing Log #: _____   _____
(Date)                                                                          (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---------------|----------------------|----------------|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)                    Incorporated by Reference in Rule 33-103.006, F.A.C.

**PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)**

RETURN TO:

| LUNT, JAMES | 114474 | 17-6-40760 | SUWANNEE C.I. ANNEX | I1142S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

07 (MEDICAL)

Medical Passes.

| 9/26/17 | 17-6-40760 |
|---|---|
| DATE | GRIEVANCE LOG NUMBER |

Informal Grievance Log # 231-1708-0059

Formal Grievance Log # 1708-231-101

Appeal To Secretary, F.D.O.C. Log # 17-6-40760

**MAILED/FILED**
**WITH AGENCY CLERK**

NOV 22 2017

**PART B - RESPONSE**

Department of Corrections
Bureau of Inmate Grievance Appeals

| LUNT, JAMES | 114474 | 17-6-40760 | SUWANNEE C.I. ANNEX | P41091 |
|---|---|---|---|---|
| NAME | | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

Your allegations against the health care staff are unfounded.

It is the responsibility of your health care staff to determine the appropriate treatment regimen for the condition you are experiencing, including passes.

It is determined that the response made to you by Dr. Vilchez on 9/7/2017 appropriately addresses the issues you presented.

Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Michelle Schouest, IISC

_Michelle Schouest_

SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

_T. Bowden_

SIGNATURE OF WARDEN, ASST.
WARDEN, OR SECRETARY'S
REPRESENTATIVE

11/13/17

DATE

## PART B - RESPONSE

| LUNT, JAMES | 114474 | 1708-231-101 | SUWANNEE C.I. ANNEX | I1142S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Your request for Administrative Remedy or Appeal has been received, reviewed & evaluated.

Investigation into your grievance reveals the following:

The informal #231-1708-0059 was properly addressed. You were demanding the MD place in writing why you were not being given everything you have requested to be given. You have been seen by the MD and this matter has been addressed with you at that time and has also been addressed in requests, informals and formals. You are being followed in Chronic Illness Clinic with regular labs and were last seen in July. The MD has reviewed your medical records since that visit. There is no indication that you have been denied access to medical or denied medical care. You may not agree with the treatment regimen and you have the right to refuse treatment at any time, but that does not mean that you are not being provided adequate care. It is the responsibility of your health care staff (not the inmate patient) to determine the appropriate treatment regimen for the condition you are experiencing, including specialty consults, medication prescriptions, diagnostic testing, lab work, adaptive devices/medical supplies or passes.

Based on the foregoing your grievance has been denied.

You may obtain further administrative review of your complaint by obtaining form DC1-303. Request for Administrative Review or Appeal, Completing the form, providing attachments as required by 33-103.007(3)(a) and (b), F.A.C. and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun, Tallahassee, Fl. 32399-2500, within Fifteen(15) days from date of this response.

MAILED 9.8.17

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | F. MOCK ASSISTANT WARDEN | 9 7 17 DATE |
|---|---|---|---|

Denis A. Vilchez, MD
Medical Director
Suwannee CI
04214/04215

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden    ☑ Assistant Warden    ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| LUNT | JAMES | D | # 114474 | Suwannee Annex |
|------|-------|---|----------|-----------------|
| Last | First | Middle Initial | DC Number | Institution |

---

Part A – Inmate Grievance

*Appeal OF INFORMAL GRIEVANCE LOG #:231-1708-0059(Attached) Grievant Grieves The Fact: Medical Doctors in the field of both Neurology/Gastrology have recommended, ordered, and prescribed grievant the following medical passes in order to help meet all grievants specific medical needs: Wipes 1 Pk. every other wk.; Wheelchair; Foam Wedge; Accushion seat; Medical/Bubble Mattress; Ortho-Medical shoes; Back Brace; Front Cuff; Elastic stockings; Handicap cell; shower/Use Toilet As Needed; slow Eating; Long sleve shirts; straw hat; Yet because grievant has filed grievances against Docter Figueroa, and became a part of the class action lawsuit against this medical company/and the Entire F.D.O.C. Doctor Figueroa has revoked and refuses to re-write/Re-new all afore listed medical passes out of malice towards grievant, when nothing medically has been done to fix or cause grievant not to need all these medical passes Neurosurgeons/Gastronterologists have all recommended, ordered and prescribed grievant. This entire medical staff here at Suwannee C.I. Annex is guilty of denying grievant the medical care, treatment they know is medically necessary to treat anybody not just grievant, who has the specific medical problems grievants medical records prove he has. Grievant has been to Sick-call (14) times in the past (8) mo.s for the exact same medical issues, and still medically nothing has been done since grievant arrived at Suwannee Annex all his medical passes have been taken away, and grievant gets told "Suwannee doesn't write medical passes for that sort of medical problem," yet prior to arriving here at Suwannee Annex, Martin C.I. and Everglades C.I. had no problem honoring the medical passes and ordering, prescribing and writing all afore listed medical passes. Suwannee Annex accredited as being a certified A.D.A. facility and are receiving federal funding on My behalf, yet medically specifically containing all the*

| 8/22/17 | PG. 1 of 4 Cont. | *James Lunt # 114474* |
|---------|------------------|------------------------|
| DATE | | SIGNATURE OF GRIEVANT AND D.C. # |

---

***BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

Ω08-231-101

NO1

| # | Signature |

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate with reasons stated for the return at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**RECEIVED**

AUG 23 2017

ASSISTANT WARDEN PROGRAMS
SUWANNEE CORRECTIONAL INST.

Submitted by the inmate on: _____

Receipt for Appeals Being Forwarded to Central Office

Institutional Mailing Log #: _____

(Received By)

**DISTRIBUTION:**

| INSTITUTION/FACILITY | CENTRAL OFFICE |
|----------------------|----------------|
| INMATE (2 Copies) | INMATE |
| INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | CENTRAL OFFICE GRIEVANCE FILE |

SEE ATTACHED
RESPONSE

DC1-303 (Effective 11/13)        Incorporated by Reference in Rule 33-103.006, F.A.C.

To: Doctor Figueroa                          Date: 8/5/17

facility is fully capable of accommodating every one of afore listed
medical passes and even has other prisoners with valid medical passes
for the exact same medical pass grievant is being denied.
Relief Sought:
Respond to and answer the individual inmate requests grievant sent
you, asking you to explain in writing why you refuse to write the afore
listed medical passes for grievant when his medical chart/records
and condition require the need for said medical passes to be written.
Rewrite and issue grievant medical passes for the following as he has had
recommended, ordered and prescribed prior to you revoking them and denying
them = Wipes 1 Pk. Every other Wk.; Wheelchair; Foam Wedge; Cushion (seat);
Medical/Dubble Mattress; Ortho-Medical shoes; Back Brace; Front Cuff; Elastic
Stockings; Handicap Cell; Shower/Use Toilet As Needed; Slow Eating; Long Sleve Shirts;
Straw Hat.

                    Thank You,

                    James Lunt  #144791

RECEIVED
AUG 09 2017
MEDICAL ADMIN
SUWANNEE CI - ANNEX

PG. 2. of 2.

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Dr. Figuera C.H.O.

Mail Number: 11
Team Number: 11
Institution: Suwannee Annex

| TO: (Check One) | ☐ Warden | ☐ Classification | ☑ Medical | ☐ Dental |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | LUNT JAMES | 114474 | I1142S | RD HM | 8/5/17 |

**REQUEST** — Check here if this is an informal grievance ☑

Grievant Grieves The Fact: He has sent you two requests asking you to answer in writing why you refuse to re-write grievant medical passes when all the medical passes each inmate request is the individual medical pass which are for: wheel pass if it, every other use, - wheelchair - Foam wedge; Cushion (seat) - Medical/Bubble Mattress; Ortho-Medical shoes - Back Brace; Front Cuff Elastic Stockings; Handicap Cell - Shower/use Toilet As Needed; Slow Eating; Long Sleve shirts; Straw Hat. All these medical passes have been written for grievant in the past in order to accommodate grievants specific medical needs. Yet without Nothing being done medically to change or correct any of grievants specific medical needs, you Dr. Figueroa have revoked and refuse to re-write grievant above listed medical passes. Suwannee Annex is accepting Federal funding and accredited as an A.D.A. facility. Yet you personally are stripping grievant of all the medical passes he had prior to arriving here at Suwannee. And its telling grievant Suwannee Annex "does not write these types of Medical Passes." Yet this

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing. CONT. PG. 1 OF 2

Inmate (Signature): JAMES LUNT    DC#: 114474

RECEIVED AUG 07 2017

RECEIVED AUG 0 7 2017 ASSISTANT WARDEN - PROGRAMS SUWANNEE CORRECTIONAL INSTITUTION

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE** 231-1708-0059

DATE RECEIVED AUG 0 9 2017 MEDICAL ADMIN SUWANNEE CI - ANNEX

The Doctors do not address Inmate requests & complaints about your medical wants & needs. They address these matter when you are seen for your appointments. However those matters have been addressed with you in prior complaints. You do not determine or have the authority to demand specific meds, passes or supplies. That is a clinical decision made by the M.D. You can't grieve on other Inmates as to what they have. Access sick call to address any further medical questions or concerns you may have.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): ADMINISTRATIVE ASSISTANT SUWANNEE CI R. CORAN 04214/04215 | Official (Signature): | Date: 8/14/17 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)**

RETURN TO:

| LUNT, JAMES | 114474 | 17-6-37436 | SUWANNEE C.I. ANNEX | I1142S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

07E (MEDICAL PASSES     (MEDICAL))

*Double Mattress Pass.*

| 8/25/17 | 17-6-37436 |
|---|---|
| DATE | GRIEVANCE LOG NUMBER |

Informal Grievance Log # (By Passed)

Grievance of A Medical Nature, Asst. Warden Log# 1707-231-124

Appeal of Grievance of A Medical Nature, Secretary, F.D.O.C Log # 17-6-37436

MAILED/FILED
WITH AGENCY CLERK

NOV 22 2017

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| LUNT, JAMES | 17-62-47426 | 17-6-37436 | SUWANNEE C.I. ANNEX | P41091 |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

Your allegations against the health care staff are unfounded.

It is the responsibility of your health care staff to determine the appropriate treatment regimen for the condition you are experiencing, including passes.

It is determined that the response made to you by Dr. Vilchez on 8/11/2017 appropriately addresses the issues you presented.

Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Michelle Schouest, IISC

Michelle Schouest

_T. Bowden_                                    11/13/17

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

SEP 05 2017

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden    ☐ Assistant Warden    ☑ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| Lunt | James | D | 114474 | Suwannee Annex |
|------|-------|---|--------|----------------|
| Last | First | Middle Initial | DC Number | Institution |

17-6-37436

---

**Part A – Inmate Grievance**

Appeal Of Grievance of A Medical    Nature Log # 1707-231-124 (Attached)
Grievant Grieves The Fact - the response received back to said grievance states
"-- . Your request for a double mattress has been denied by the clinician as you do not meet
the criteria for the need". Grievant has met the medical criteria for a Medical/Double
Mattress for well over the past 20 yrs. due to the spinal injury he lives with which has been
well documented by X-Rays/MRI's etc. thus causing F.D.A.C. doctors and Neurosurgeons to
recommend, order, and prescribe grievant a medical pass for a Medical/Double Mattress.
Doctor Figueroa out of spite refuses to recomend, order and prescribe, grievant a medical
pass for a Medical/Double Mattress as a form of reprisal towards grievant for/
because grievant has filed numerous grievances against Centurion/and Dr Figueroa
for failing to provide grievant the known medical treatment his specific medical needs
require, and have been recommended, ordered and prescribed for grievant by both a
Neurosurgeon/Gastroenterologist. Suwannee Annex is deemed an A.D.A. facility, yet
A.D.A. classified inmates such as grievant is, are told "Suwanne does not write
medical passes for that" when it comes to meeting the medical pass accommod-
ations impaired inmates like grievant need and require, such as this Medical
~~In double~~ Double Mattress. The Laundry Dept. has no authority to write and
issue inmates medical passes for anything. Further said response states
"in the future your grievances are to address only your specific concerns and not address
other inmate patients." Grievant addresses grievances that effect the entire F.D.O.C.
prisoner population when it concerns the failure to provide Medical care as a
whole and in its totality. Grievant isn't the only person here at this facility being
denied a Medical/Double Mattress. Any inmate arriving here that has a medical pass
for a Medical/Double Mattress looses it once it expires and it never gets
renewed, their told too "Suwannee doesn't write medical passes for that". All
you have to do is review medical charts and see just how many passes

| 8/25/17 | | James Lunt #114474 |
|---------|---|---------------------|
| DATE | Pg. 1 of 4 cont. | SIGNATURE OF GRIEVANT AND D.C. # |

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

No 1

7e    # 1707-
231-124    230    Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code.

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

RECEIVED

3 2017

(Date)
SUWANNEE CORRECTIONAL ___

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: _____    Institutional Mailing Log #: _____
                                    (Date)

_____ (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---------------|----------------------|----------------|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)    Incorporated by Reference in Rule 33-103.006, F.A.C.

CONTINUATION, GRIEVANCE LOG # 1707-231-124

Doctor Figueroa has written/prescribe any inmates in the past 2yrs. and you'll find it's Zero/None. Yet grievant/prisoners medical Need require such a medical pass. Doctor Figueroa has personally told grievant (3) three different times "Since you want to take me to Court, I am not going to do Nothing for you medically until the court tells me I have to". Review of my medical chart since 2015 shows he means this too. He has revoked all my medical passes and refuses to re-write them.

Relief Sought:

Issue me a medical pass for "Medical/Double Mattress".

Thank You,

Date: 8/25/17         Pg. 2 of 2         James Lunt #114474

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden  ☑ Assistant Warden  ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Lunt | James | D | # 114474 | Suwannee Annex |
|------|-------|---|----------|----------------|
| Last | First | Middle Initial | DC Number | Institution |

---

Grievance Of A Medical Nature :  ___Part A – Inmate Grievance___  Grievant Grieves The Fact, because this medical dept. here is a For profit Medical Provider "CENTURION" and Not the Dept. of Corr's.. Medical passes for "Medical/Dubble Mattress" are Not being written for those inmates like grievant who have documented medical Needs for a medical/dubble mattress. In fact prior to arriving at Suwannee Annex grievant had a medical pass written, prescribed and ordered to him for a "Medical Dubble Mattress." Since being here this private medical company refuses to write medical passes for "Dubble Mattress" because of the fact the dept of Corr's. Laundry dept. and staff refuse to issue an inmate two mattresses stating "the laundry is only obligated to issue inmates one mattress if Centurion wants you to have an extra "dubble mattress" then they have to buy and pay for it themself and issue you it." So because of budgetary reasons alone prisoners such as grievant who have specific medical needs requiring the need for a "Medical/Dubble Mattress" — their (grievants) medical needs are not being met. As a watchdog for the Dept. of Corr's you have a duty to ensure that this type of action is not occurring here at Suwannee Annex, and correct when it does occur.

Relief Sought :

Have the laundry dept. honor all medical passes for dubble mattresses and any other medical passes ;

Ensure that Docter Figueroa and all medical staff issue medical passes for those inmates such as grievant that have the need for a medical/dubble mattress ;

Have Docter Figueroa Reinstate a current medical pass to grievant for a medical/dubble mattress inorder to meet grievants specific medical need for a medical/dubble mattress ;

Take any and all other steps deemed Necessary to ensure this matter is corrected and put an end to.  Thank You!!

| 7/24/17 | James Lunt #114474 |
|---------|-------------------|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:

ПП-ПЗ-124

No  1  _____
#  Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

RECEIVED

JUL 2 5 2017  Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on:  SUWANEE CORRECTIONAL INST.  Institutional Mailing Log #:_____
(Date)

(Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE | |
|---------------|---------------------|----------------|---|
| | INMATE (2 Copies) | INMATE | SEE ATTACHED |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY | RESPONSE |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE | |
| | | CENTRAL OFFICE GRIEVANCE FILE | |

DC1-303 (Effective 11/13)  Incorporated by Reference in Rule 33-103.006, F.A.C.

**PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)**

RETURN TO:

| LUNT, JAMES | 114474 | 17-6-37436 | SUWANNEE C.I. ANNEX | I1142S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

07E (MEDICAL PASSES    (MEDICAL))

*Double Mattress Pass.*

| 8/25/17 | 17-6-37436 |
|---|---|
| DATE | GRIEVANCE LOG NUMBER |

Informal Grievance Log # (By Passed)

Grievance of A Medical Nature, Asst. Warden Log # 1707-231-124

Appeal of Grievance of A Medical Nature, Secretary, F.D.O.C. Log # 17-6-37436

MAILF DIF ILED
WITH AGENCY CLERK

NOV 22 2017

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| LUNT, JAMES | 17-6-37436 | SUWANNEE C.I. ANNEX | P41091 |
|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

Your allegations against the health care staff are unfounded.

It is the responsibility of your health care staff to determine the appropriate treatment regimen for the condition you are experiencing, including passes.

It is determined that the response made to you by Dr. Vilchez on 8/11/2017 appropriately addresses the issues you presented.

Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Michelle Schouest, IISC

_Michelle Schouest_                    _T. Bowden_                    11/3/17

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED

SEP 05 2017

Department of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden  ☐ Assistant Warden  ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Lunt | James | D | 114474 | Suwannee Annex |
|------|-------|---|--------|----------------|
| Last | First | Middle Initial | DC Number | Institution |

17-6-37436

**Part A – Inmate Grievance**

Appeal Of Grievance of A Medical Nature Log # 1707-231-124 (Attached) Grievant Grieves The Fact - the response received back to said grievance states "--. Your request for a double mattress has been denied by the clinician as you do not meet the criteria for the need". Grievant has met the medical criteria for a Medical/Double Mattress for well over the past 20 yrs. due to the spinal injury he lives with which has been well documented by X-Rays/MRI's etc. thus causing F.D.A.C. doctors and Neurosurgeons to recommend, order, and prescribe, grievant a medical pass for a Medical/Double Mattress. Doctor Figueroa out of spite refuses to recommend, order and prescribe, grievant a medical pass for a Medical/Double Mattress as a form of reprisal towards grievant for/because grievant has filed numerous grievances against Centurion/and Dr. Figueroa for failing to provide grievant the known medical treatment his specific medical needs require, and have been recommended, ordered and prescribed for grievant by both a Neurosurgeon/Gastroenterologist. Suwannee Annex is deemed an A.D.A. facility, yet A.D.A. classified inmates such as grievant is, are told "Suwannee does not write medical passes for that" when it comes to meeting the medical pass accommodations impaired inmates like grievant need and require, such as this Medical Double Mattress. The Laundry Dept. has no authority to write and issue inmates medical passes for anything. Further, said response states "in the future your grievances are to address only your specific concerns and not address other inmate patients." Grievant addresses grievances that effect the entire F.D.O.C. prisoner population when it concerns the failure to provide medical care as a whole and in its totality. Grievant isn't the only person here at this facility being denied a Medical/Double Mattress. Any inmate arriving here that has a medical pass for a Medical/Double Mattress loses it once it expires and it never gets renewed, their told too "Suwannee doesn't write medical passes for that"! All you have to do is review medical charts and see just how many passes

8/25/17

DATE

Pg. 1 of 4 cont.

James Lunt #114474

SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

No 1

# 1707-231-124

7e

Signature
230

---

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

RECEIVED

9 2017

(Date)
SUWANEE CORRECTIONAL INST.

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: _____

Institutional Mailing Log #:_____

(Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)

Incorporated by Reference in Rule 33-103.006, F.A.C.

CONTINUATION GRIEVANCE LOG # 1707-231-124

Doctor Figueroa has written/prescribe any inmates in the past 2yrs. and you'll find it's Zero/None. Yet grievant/prisoners medical Need require such a medical pass. Doctor Figueroa has personally told grievant (3) three different times "since you want to take me to Court, I am not going to do Nothing for you medically until the court tells me I have to". Review of my medical chart since 2015 shows he means this too. He has revoked all my medical passes and refuses to re-write them.

Relief Sought:

Issue me a medical pass for "Medical/Double Mattress".

Thank You,

Date: 8/25/17            PG. 2 of 2            James Lunt #114474

## PART B - RESPONSE

| LUNT, JAMES | 114474 | 1707-231-124 | SUWANNEE C.I. ANNEX | I1142S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Your request for Administrative Remedy or Appeal has been received, reviewed & evaluated.

Investigation into your grievance reveals the following:

Centurion follows the FDOC policies and procedures. It is the responsibility of your health care staff to determine the appropriate treatment regimen for the condition you are experiencing, including specialty consults, medication prescriptions, diagnostic testing, lab work, or passes. Your request for a double mattress was reviewed and has been denied by the clinician as you do not meet criteria for the need. Be advised inmates do not have the authority to dictate what a clinician determines as being medically necessary. The portion of this complaint is for laundry and needs to be addressed with that department. In the future your grievances are to address only your specific concerns and not address other inmate patients.

Based on the foregoing your grievance has been denied.

You may obtain further administrative review of your complaint by obtaining form DC1-303.  Request for Administrative Review or Appeal, Completing the form, providing attachments as required by 33-103.007(3)(a) and (b), F.A.C. and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun, Tallahassee, Fl. 32399-2500, within Fifteen(15) days from date of this response.

MAILED 8/11/17

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 8/11/17 |
| Denis A. Vinluan, MD | F. MOCK | DATE |
| Medical Director | ASSISTANT WARDEN | |
| Suwannee CI | | |
| 04214/04215 | | |

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden ☑ Assistant Warden ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

Lunt James D   # 114474   Suwannee Annex

Last  First  Middle Initial   DC Number   Institution

---

Grievance Of A Medical Nature :   Part A – Inmate Grievance   Grievant Grieves The Fact, because this medical dept. here is a For profit Medical Provider "Centurion" and Not the Dept. of Cort's. Medical passes for "Medical/Dubble Mattress" are Not being written for those inmates like grievant who have documented medical needs for a medical/dubble mattress. In fact prior to arriving at Suwannee Annex grievant had a medical pass written, prescribed and ordered to him for a "Medical/Dubble Mattress". Since being here this private medical company refuses to write medical passes for "Dubble Mattress" because of the fact the dept. of Cort's. Laundry dept. and staff refuse to issue an inmate two mattresses stating "the laundry is only obligated to issue inmates one mattress if Centurion wants you to have an extra "dubble mattress" then they have to buy and pay for it themself and issue you it." So because of budgetary reasons alone prisoners such as grievant who have specific medical needs regiring the need for a "Medical/Dubble Mattress" — their (grievants) medical needs are not being met. As a watchdog for the Dept. of Cort's. you have a duty to ensure that this type of action is Not occurring here at Suwannee Annex, and correct when it does occure.

Relief Sought :

Have the laundry dept. honor all medical passes for dubble mattresses and any other medical passes ;

Ensure that Docter Figueroa and all medical staff issue medical passes for those inmates such as grievant that have the need for a medical/dubble mattress ;

Have Docter Figueroa reinstate a current medical pass to grievant for a medical/dubble mattress inorder to meet grievants specific medical need for a medical/dubble mattress ;

Take any and all other steps deemed necessary to ensure this matter is corrected and put an end to.   Thank You!

7/24/17   James Lunt # 114474

DATE   SIGNATURE OF GRIEVANT AND D.C. #

---

***BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** No 1 _____

# Signature

ПΠΠ – 221 – 124

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

RECEIVED

JUL 25 2017   Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____ Institutional Mailing Log #: _____

SUWANEE CORRECTIONAL INST.

(Date)

(Received By)

DISTRIBUTION:   INSTITUTION/FACILITY   CENTRAL OFFICE
INMATE (2 Copies)   INMATE
INMATE'S FILE   INMATE'S FILE - INSTITUTION/FACILITY   SEE ATTACHED
INSTITUTIONAL GRIEVANCE FILE   CENTRAL OFFICE INMATE FILE   RESPONSE
CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)   · Incorporated by Reference in Rule 33-103.006, F.A.C.

**PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)**

RETURN TO:

| **LUNT, JAMES** | **114474** | **17-6-32681** | **SUWANNEE C.I. ANNEX** | **I1142S** |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

07E (MEDICAL PASSES      (MEDICAL))

Pullup's / wipes.

| **8/3/17** | **17-6-32681** |
|---|---|
| DATE | GRIEVANCE LOG NUMBER |

Grievance of A Medical Nature Log# 1707-231-070

Appeal To Secretary, F.D.O.C. Log# 17-6-32681

**MAILED/FILED WITH AGENCY CLERK**

**DEC 0 1 2017**

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| LUNT, JAMES | 114474 | 17-6-32681 | SUWANNEE C.I. ANNEX | P41091 |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

Please be advised that this office cannot corroborate your allegations against the health care staff.

It is the responsibility of your health care staff to determine the appropriate treatment regimen for the condition you are experiencing, including passes and medical supplies and the quantity in which they are given.

It is determined that the response made to you by Dr. Vilchez on 7/20/2017 appropriately addresses the issues you presented.

Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Michelle Schouest, IISC

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED

AUG 1 0 2017

Department of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden ☐ Assistant Warden ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| LunT | James | D | 114474 | SuwaNNee Annex |
|------|-------|---|---------|----------------|
| Last | First | Middle Initial | DC Number | Institution |

17-6-32681

**Part A – Inmate Grievance**

Appeal of Grievance Of A Medical Nature Log# 1707-231-070 (Attached)

Grievant Grieves The Fact: The response received back to said grievance does Not rae remedy Nor correct the issue grieved. Said response states "the MD Noted and wrote a pass for your diapers and wipes as he determined were medically Necessary." As grievant stated is his attached grievance, doctor Figueroa personally told grievant he was writing grievant a medical pass for grievant to receive a box pack of wipes 1 Pk. every other wk., and Pullup's 1 PK. wkly. Yet when grievant picked his medical pass up, said pass was only written for 1 PK diapers twice a Month. No wipes were prescribed ordered at all. Therefore, stripping grievant of the amount of medical supplies grievants prior pass was written for which was Pullup 1 PK. wkly — wipes 1 PK monthly.

Relief Sought =

Re-address the issue grievant grieved in attached Grievance of a Medical Nature Log# 1707-231-070 =

Provide the Relief grievant Sought in attached Grievance of a Medical Nature Log# 1707-231-070 = and

Issue grievant a medical supply pass for Pullups 1 PK wkly and wipes 1 PK. every other wk. = and

stop allowing the cost of said medical supplies to being the reason grievant/prisoners arn't being issued them =

Note: Grievant did not PG. 1 of 3
receive said Grievance Response
back until 8/3/17 — See the Official Stamp DATED RECIEVED AUG. 1-2017
Yet PART-B RESPONSE Log# 1707-231-070 is Stamped, signed and dated 7/20/17
Proving grievances are being withheld on purpose as a form of staff reprisal and also a way of obstructing the grievance process by making the grievance untimely. See back of 303

| 8/3/17 | dated 7/16/17 for Official | James Lunt #114474 |
|--------|---------------------------|--------------------|
| DATE | Stamp Dated 8/1/17 | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

No 1

7e # 1707-231-070 230    Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

AUG 03 2017    Receipt for Appeals Being Forwarded to Central Office

ASSISTANT WARDEN-PROGRAMS
SUWANNEE CORRECTIONAL INST.

Submitted by the inmate on: _____ Institutional Mailing Log#: _____

(Date)    (Received By)

**DISTRIBUTION:**

| INSTITUTION/FACILITY | CENTRAL OFFICE |
|----------------------|----------------|
| INMATE (2 Copies) | INMATE |
| INMATE'S FILE | INMATE'S FILE - INSTITUTION./FACILITY |
| INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)    Incorporated by Reference in Rule 33-103.006, F.A.C.

## PART B - RESPONSE

| LUNT, JAMES | 114474 | 1707-231-070 | SUWANNEE C.I. ANNEX | I1142S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Your request for Administrative Remedy or Appeal has been received, reviewed & evaluated.

Investigation into your grievance reveals the following:

It is the responsibility of your health care staff to determine the appropriate treatment regimen for the condition you are experiencing, including specialty consults, medication prescriptions, diagnostic testing, lab work, medical supplies or passes. Inmates do not have the right to dictate what quantity, how often or how many such supplies will be issued. At your CIC, when evaluated for the need, the MD noted and wrote a pass for your diapers and wipes as he determined were medically necessary. If you have further questions or concerns, you may access sick call and address them with the health care staff.

Based on the foregoing your grievance has been denied.

You may obtain further administrative review of your complaint by obtaining form DC1-303.  Request for Administrative Review or Appeal, Completing the form, providing attachments as required by 33-103.007(3)(a) and (b), F.A.C. and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun, Tallahassee, Fl. 32399-2500, within Fifteen(15) days from date of this response.

MAILED 7/20/17

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
| Denis A. Vilchez, MD Medical Director Suwanee CI 04214/04215 | J. Taylor | 7/20/17 |

FLORIDA DEPARTMENT OF CORRECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☑ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Lunt | James | D | 114474 | Suwannee Annex |
|------|-------|---|--------|----------------|
| Last | First | Middle Initial | DC Number | Institution |

**Part A – Inmate Grievance**

Grievance Of A Medical Nature : ON 7/6/17 while seeing you, you told me you was writing me a medical supply pass for Wipes 1PK. every other wk.. Upon receiving the medical pass you wrote on 7/6/17 its written for the following: Walker & Seat Dipers 1PK. twice a month. By writing me this pass you decressed the amount of Diapers to 1PK twice a Month from 1PK. every wk. and did Not write me a pass for wipes at all when my other pass stated 1PK. once a month. Again you personally told me you were writing me a pass for Pullups 1PK every wk. / Wipes 1PK. every other wk.

Relief Sught :
Issue me a medical pass for Pullup 1PK. wkly / Wipes 1PK every other wk.

Thank You.

| 7/16/17 | James Lunt #114474 |
|---------|--------------------|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

***BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**   NO

(707-281-070)

|  | Signature |
|--|-----------|
| # | |

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

RECEIVED
JUL 17 2017
ASST. WARDEN PROGRAMS
SUWANNEE CORRECTIONAL INST.

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: _____   Institutional Mailing Log #: _____

GRIEVE[?]

(Received By)
SUWANNEE CORRECTIONAL [...]

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---------------|---------------------|----------------|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

SEE ATTACHED
RESPONSE

DC1-303 (Effective 11/13)   Incorporated by Reference in Rule 33-103.006, F.A.C.

**PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)**

RETURN TO:

| LUNT, JAMES | 114474 | 17-6-32681 | SUWANNEE C.I. ANNEX | I1142S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

07E (MEDICAL PASSES      (MEDICAL))

Pullup's / wipes.

| 8/3/17 | 17-6-32681 |
|---|---|
| DATE | GRIEVANCE LOG NUMBER |

Grievance of A Medical Nature Log# 1707-231-070

Appeal To Secretary, F.D.O.C. Log# 17-6-32681